IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Black Widow Termite & Pest Control Corp.,**<br><br>      Plaintiff,<br><br>vs.<br><br>**Black Widow Pest Specialist LLC,**<br><br>      Defendant. | Civil Action No.:3:23-cv-01246 |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully moves this Court for summary judgment pursuant to Fed. R. Civ. P. 56 on the issue of liability as to all Claims asserted in the Complaint, and for summary judgment denying all of Defendant's Counterclaims and Affirmative Defenses. Plaintiff submits that there are no genuine disputes of material fact and that it is entitled to judgment as a matter of law.

In support of this Motion, Plaintiff has annexed the Local Rule 56(a)(1) Statement as required by D. Conn. L. Civ. R. 56, which sets forth such facts as would be admissible in evidence. This motion for summary judgment is also supported by an accompanying memorandum of law concurrently filed herewith.

Dated: June 18, 2025

                              **FARBER, LLC**

                              By    /s/Jonathan A. Winter
                              Jonathan A. Winter
                              4 Corporate Dr, Ste 287
                              Shelton, CT 06484
                              Tel: (203) 286-8356
                              Email: j.winter@farberllc.com
                              **Counsel for Black Widow Termite & Pest Control Corp.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served via ECF.

| | |
|---|---|
| 06/18/2025 | /s/Jonathan A. Winter |
| Date | Jonathan A. Winter |