# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Black Widow Termite & Pest Control Corp.,<br><br>    Plaintiff,<br><br>vs.<br><br>Black Widow Pest Specialist LLC,<br><br>    Defendant. | Civil Action No.:3:23-cv-01246 |

### AFFIDAVIT OF PAUL GEIGER

I, Paul Geiger, being duly sworn, hereby depose and state under penalty of perjury as follows:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am familiar with the facts attested to herein, which are true and accurate to the best of my knowledge, information and belief, and I am competent to swear to this affidavit.

3. I am, Vice President of Operations of Black Widow Termite & Pest Control Corp. ("Plaintiff").

4. Plaintiff Company is a New York corporation having offices at 112 Meeting House Road, Suite B, Bedford Corners, New York 10549.

5. On September 22, 2023, Plaintiff, through counsel, filed a lawsuit against Defendant, Black Widow Pest Specialist LLC ("Defendant"), a Connecticut corporation having offices at 108 Curtiss Street, Naugatuck, Connecticut 06770, for trademark infringement and unfair competition stemming from Defendant's unlawful and unauthorized misappropriation of BLACK WIDOW.

6. Plaintiff is the owner of the BLACK WIDOW® word mark, as well as certain stylized and formative versions thereof under U.S. Registration Nos. 4,582,084, 4,624,108, 4,624,109 and 7,466,919 (the "BLACK WIDOW marks"). (Dkts. 1-3, 1-4, 1-5 and 48-8; see also Exhibit E to the 56(a)(1) statement).

7. Plaintiff has used the BLACK WIDOW marks in connection with pest control services since at least September 2003, and that use has been continuous since that time.

8. Since at least 2003, Plaintiff has invested in advertising, marketing, and promotional materials using the BLACK WIDOW mark, and has promoted and offered its services in interstate commerce.

9. Plaintiff has continuously used its registered BLACK WIDOW marks in interstate commerce, including in New York and New Jersey. Additionally, several of Plaintiff's New York-based customers reside in Connecticut but own or operate properties in New York City.

10. Plaintiff operates the website www.blackwidowpestcontrol.com, which is accessible to customers nationwide.

11. Plaintiff has provided pest control services to the Port Authority of New York and New Jersey, including servicing Port Authority-controlled locations and ferries operating between New York and New Jersey on navigable waterways.

12. Plaintiff is licensed by the State of Connecticut to provide wildlife management services.

13. Beginning in or around 2023, Plaintiff began receiving phone calls and inquiries from individuals attempting to contact Defendant but who mistakenly reached Plaintiff. In response, I implemented a procedure whereby employees receiving such calls would take contemporaneous notes and/or draft email summaries which included the name of the

caller, their contact information and their reason for calling and then send those notes/emails to me. These are compiled in Exhibit I of Plaintiff's Motion for Summary Judgment.

14. As of September 22, 2023, the date of the Complaint, Plaintiff had documented approximately 20 instances of actual confusion.

15. Since that date, Plaintiff has continued to receive such calls, including but not limited to:
    a. November 16, 2023: Richelle Burr
    b. December 7, 2023: David Cass
    c. February 12, 2024: Charlene Jenkins
    d. October 11, 2024: An industry professional
    e. October 21, 2024: Jacqueline Hernandez
    f. October 21, 2024: Jennifer Esposito
    g. November 7, 2024: Marvin from Panaderia Chapina Bakery
    h. November 8, 2024: Norman Curry
    i. February 12, 2025: A referral source
    j. March 26, 2025: Herica Campos
    k. April 10, 2025: Nicole Brown from FAD Mechanical
    l. April 11, 2025: Charles Engle
    m. April 14, 2025: Michele Rau
    n. April 15, 2025: Laura Ledan
    o. April 22, 2025: David Cook from Letizia's Pizza
    p. May 27, 2025: Amanda Thornton

These interactions are documented in Exhibit I of Plaintiff's Motion for Summary

Judgment.

16. I understand that when Plaintiff adopted and began using the BLACK WIDOW marks in 2003, Defendant did not exist.

17. When Plaintiff adopted and began using the BLACK WIDOW marks, Plaintiff was unaware of any third party usage of "BLACK WIDOW" for pest control services.

18. Prior to the filing date of the '919 Registration I was not aware of any of: "Black Widow Pest Control, Inc." in Utah; "Black Widow Pest Control Inc." in Indiana; or "Black Widow Exterminators, Inc." in Colorado or "Black Widow Pest Management LLC" of Connecticut who I am informed is out of business.

19. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Paul Geiger