# Exhibit B

USPTO Trademark Search for "BLACK WIDOW" in the Pest Control field.

