# Exhibit C

**CHARNEY IP LAW LLC**
*Intellectual Property Counsel*

233 Mount Airy Road – Suite 100
Basking Ridge, New Jersey 07920
P.908.758.1374  F.908.758.1201

---

Scott E. Charney, Esq.
Scott@CharneyIPlaw.com

Thomas M. Finetti, Esq.
Tom@CharneyIPlaw.com

August 10, 2023

Via courier and email (blackwidowpestmanagement@gmail.com; blackwidowpestspecialists@gmail.com)

Mr. Blake Black
Black Widow Pest Specialists LLC
108 Custis Street
Naugatuck, Connecticut 06770



PLAINTIFF'S EXHIBIT 13  9-24-24

    **Re:**    Trademark Infringement of **BLACK WIDOW**

Dear Mr. Black,

    We represent Black Widow Termite & Pest Control Corp., based out of Bedford Corners, New York ("Black Widow"). You may not be aware, but Black Widow has been offering an array of services in the pest control space since 2003.

    During that two-decade span, Black Widow has established tremendous goodwill in the **BLACK WIDOW** mark, other Black Widow-formative marks, and logos associated therewith. Each of these marks is used extensively in interstate commerce.

    Moreover, Black Widow is the owner of U.S. Trademark Registration No. 4,582,084 for the **BLACKWIDOWPEST** mark; U.S. Trademark Registration No. 4,624,108 for the **BLACK WIDOW** mark; and U.S. Trademark Registration No. 4,624,109 for the **BLACK WIDOW TERMITE & PEST CONTROL CORP. - "SHE ALWAYS GETS HER PREY!"** mark, all for "termite and pest control" in International Class 037. The latter two marks have been deemed "incontestable" by the United States Patent and Trademark Office ("USPTO"). These registrations authorize Black Widow to legally prevent others from using the same or similar trademarks for related goods or services without permission, throughout the entire United States and its territories, including Connecticut. Copies of the registrations are provided herewith.

    Black Widow also has a trademark application pending before the USPTO, U.S. Trademark Application No. 98/124,482, for the **BLACK WIDOW** mark, for "Pest control for commercial buildings; Pest control for residential homes; Termite and pest control services, other than for agriculture, aquaculture, horticulture and forestry" in International Class 037. The aforementioned properties are referred to collectively hereinafter as "the **BLACK WIDOW** marks."

    Black Widow has now become aware of your company, Black Widow Pest Specialists LLC ("Black Widow Pest"), and must advise that your use of "Black Widow" in relation to pest control services represents an infringement of Black Widow's rights in the **BLACK WIDOW** marks under both common law and the Federal Lanham Act, 15 U.S.C. § 1051 et seq. Such infringement is likely to cause consumer

Mr. Blake Black
August 10, 2023
Page 2

---

confusion as to the source of the services covered by Black Widow's registrations. Indeed, Black Widow's awareness of Black Widow Pest flows from multiple recent instances of actual confusion – where customers of Black Widow Pest have reached out to Black Widow confusing one for the other.

We therefore must demand that you immediately cease and desist from infringing the **BLACK WIDOW** marks by promoting or incorporating in any way whatsoever, the **BLACK WIDOW** marks themselves or any confusingly similar marks, in relation to pest control services.

Black Widow is sympathetic to the costs associated with this demand – both financial and emotional – and is foregoing an immediate injunction and damages at this time in exchange for your prompt acquiescence. Please contact this office by **August 18, 2023**, to advise what actions you intend to take and the timing of those actions. We remind you that this is not intended to be a full recitation of Black Widow's rights and remedies, all of which are expressly reserved.

As this matter may proceed to litigation, and consistent with the Federal Rules of Evidence, it is imperative that you take steps to preserve all potentially relevant documents, evidence, writings, written and recorded information, and "ESI" (electronically stored information), and to prevent the intentional or accidental deletion or spoliation of same. By no means should you delete or destroy any records or correspondence related to Black Widow Pest, including the name choice, your marketing thereof, or the services offered thereunder.

We look forward to hearing from you shortly. If we do not receive a response by **August 18, 2023**, we will be guided by your inaction.

Sincerely,

Scott E. Charney

Encls.

# United States of America
## United States Patent and Trademark Office

# BLACKWIDO\VPEST

**Reg. No. 4,582,084**  BLACK WIDOW TERMITE & PEST CONTROL CORP. (NEW YORK CORPORATION), DBA
**Registered Aug. 5, 2014**  BLACK WIDOW PEST,
18 DOLORES DRIVE
**Int. Cl.: 37**  VALLEY STREAM, NY 11581

FOR: TERMITE AND PEST CONTROL, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

**SERVICE MARK**  FIRST USE 1-15-2009; IN COMMERCE 1-15-2009.

**SUPPLEMENTAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-206,604, FILED P.R. 2-27-2014; AM. S.R. 6-10-2014.

ELLEN BURNS, EXAMINING ATTORNEY



'-/IA,. ·ch,e4  k- Z:___

Deputy Director of the United States
Patent and Trademark Office



Reg. No. 4,624,108         BLACK WIDOW TERMITE & PEST CONTROL CORP. (NEW YORK CORPORATION), AKA
                           BLACK WIDOW PEST
Registered Oct. 21, 2014   18 DOLORES DRIVE
                           VALLEY STREAM, NY 11581
Int. Cl.: 37
                           FOR: TERMITE AND PEST CONTROL, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

**SERVICE MARK**           FIRST USE 9-15-2003; IN COMMERCE 9-15-2003.

**PRINCIPAL REGISTER**     NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLACK WIDOW", APART
                           FROM THE MARK AS SHOWN.

                           THE MARK CONSISTS OF THE STYLIZED IMAGE OF A BLACK WIDOW SPIDER TO THE
                           LEFT OF THE WORDING "BLACK WIDOW".

                           SER. NO. 86-206,640, FILED 2-27-2014.

                           ELLEN BURNS, EXAMINING ATTORNEY



*'-fvi.• k.z.*
Deputy Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,624,109  BLACK WIDOW TERMITE & PEST CONTROL CORP. (NEW YORK CORPORATION),AKA BLACK WIDOW PEST
Registered Oct. 21, 2014  18 DOLORES DRIVE
VALLEY STREAM, NY 11581
Int. Cl.: 37

FOR: TERMITE AND PEST CONTROL, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

**SERVICE MARK**  FIRST USE 9-15-2003; IN COMMERCE 9-15-2003.

**PRINCIPAL REGISTER**  NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BLACK WIDOW TERMITE & PEST CONTROL CORP.",APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF AN IMAGE OF A BLACK WIDOW SPIDER AND THE WORD MARK "BLACK WIDOW TERMITE & PEST CONTROL CORP. - "SHE ALWAYS GETS HER PREY!"".

SER. NO. 86-206,661, FILED 2-27-2014.

ELLEN BURNS, EXAMINING ATTORNEY



*'-fvi.• k.z.*
Deputy Director of the United States
Patent and Trademark Office