# Exhibit G

**Black Widow Termite & Pest Control Corp.:**



**Black Widow Pest & Wildlife Specialists:**



