# Exhibit H

```
 1                   IN THE UNITED STATES

 2                  DISTRICT COURT FOR THE

 3                  DISTRICT OF CONNECTICUT

 4

 5    - - - - - - - - - - - - x
                                :
 6    BLACK WIDOW TERMITE & PEST:
      CONTROL CORP.,            :
 7                              :
         Plaintiff             : CIVIL ACTION NO.
 8                             : 3:23-cv-01246
              VS               :
 9                             : DECEMBER 5, 2024
      BLACK WIDOW PEST         :
10    SPECIALIST LLC,          :
                               :
11       Defendant             :
                               :
12    - - - - - - - - - - - - x

13

14

15                       VIDEOTAPED

16

17              (VIA ZOOM) Deposition of BRIDGETTE

18       OLIVIA BURR, taken pursuant to Rule 45 of the

19       Federal Rules of Civil Procedure on Thursday,

20       December 5, 2024 at 10:00 AM before LOUISE E.

21       BOUTEILLER, CSR, a Connecticut Shorthand

22       Reporter and a Notary Public in the State of

23       Connecticut.

24

25
```

```
 1

 2

 3

 4    A P P E A R A N C E S:

 5

 6    FARBER, LLC
      BY:   JONATHAN A. WINTER, ESQ.
 7          SAMANTHA GEROLD, ESQ.
            4 Corporate Drive
 8          Suite 287
            Shelton, Connecticut 06484
 9          j.winter@farberllc.com
            samantha.gerold@farberllc.com
10
            Representing the Plaintiff
11

12    COHEN & WOLF, PC
      BY:   WILSON T. CARROLL, ESQ.
13          P.O. Box 1821
            Bridgeport, Connecticut 06601
14          wcarroll@cohenandwolf.com

15          Representing the Defendant

16

17    ALSO PRESENT:

18    Iveth Zepeda, Videographer

19

20

21

22

23

24

25
```

1                              INDEX

2                                                      PAGE

3    Direct Examination by Attorney Winter                8

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    EXHIBIT INDEX

 2
     PLAINTIFF'S EXHIBITS                      PAGE
 3   FOR IDENTIFICATION
     ID#
 4
     16 - Logo                                 6
 5
     25 - Logo                                 6
 6
     26 - Black000133                          6
 7
     27 - Truck                                6
 8
     37 - Subpoena                             6
 9
     39 - Logo                                 6
10
     40 - Contact info document/confusion      6
11
                    * * * * * *
12

13   DEFENDANT'S EXHIBITS                      PAGE
     FOR IDENTIFICATION
14   ID#

15   (None.)

16
                     * * * * *
17
     (The Exhibits are attached to the transcript.)
18

19

20

21

22

23

24

25
```

1

2

3               S T I P U L A T I O N S

4

5               IT IS HEREBY STIPULATED AND AGREED

6      by and among counsel for the respective

7      parties hereto, that all technicalities as to

8      the proof of the official character of the

9      authority before whom the deposition is to be

10     taken are waived.

11

12              IT IS FURTHER STIPULATED AND AGREED

13     by and among counsel for the respective

14     parties hereto, that the deposition transcript

15     may be signed before a Notary Public or

16     Commissioner of the Superior Court.

17

18              IT IS FURTHER STIPULATED AND AGREED

19     by and among counsel for the respective

20     parties hereto, that all objections, except as

21     to form, are reserved to the time of trial.

22

23                      oOo

24

25

1

2        (Documents were submitted by

3   Attorney Winter as PX-16, PX-25, PX-26,

4   PX-27, PX-37, PX-39, PX-40.)

5        (On the stenographic record only.)

6        THE COURT REPORTER:  Are all

7   counsel going to require a copy of the

8   deposition transcript?

9        MR. WINTER:  Yes.

10        MR. CARROLL:  Yes.

11        (On the stenographic and video

12   record - recording in progress.)

13        THE VIDEOGRAPHER:  Okay.  Good

14   morning.

15        MR. WINTER:  Okay.  If you'd like

16   to swear in the witness?

17        THE VIDEOGRAPHER:  No, please

18   wait.

19        MR. WINTER:  Oh, okay.

20        THE VIDEOGRAPHER:  I need to do

21   the read-on.

22        MR. WINTER:  Okay.

23        THE VIDEOGRAPHER:  Good morning.

24   Please note that this video deposition

25   is being conducted mutually.  The

1    quality of the recording depends on the

2    camera and internet connection of the

3    participants.

4        Kindly mute your phones at this

5    time, and speak clearly and loudly to

6    assure good audio and video quality.

7        This is the beginning of Media

8    Number 1 in the deposition of Bridgette

9    Olivia Burr in the matter of Black

10   Widow, et al. vs. Black Widow Pest

11   Specialist, LLC, Case Number

12   3:23-cv-01246.

13       Today's date is December 5th,

14   2024, and the time on the monitor is

15   10:19 AM.

16       My name is Iveth Zepeda, and I am

17   the Videographer.  The Court Reporter is

18   Louise Bouteiller.  We are here with

19   Huseby Global Litigation.

20       Counsel, please introduce

21   yourselves, after which the Court

22   Reporter will swear in the witness.

23       MR. WINTER:  Morning.  Jonathan

24   Winter.  Also with me is Samantha Gerold

25   representing the Plaintiff.

```
 1                    MR. CARROLL:  Good morning.
 2              Wilson Carroll on behalf of the
 3              Defendant, Black Widow Pest Specialist.
 4                    BRIDGETTE OLIVIA BURR,
 5         of 7 Greenknoll Drive, Brookfield, Connecticut
 6         06804, having been duly sworn by LOUISE E.
 7         BOUTEILLER, CSR, a Connecticut Shorthand
 8         Reporter and a Notary Public in and for the
 9         State of Connecticut, was examined and
10         testified as follows:
11                    DIRECT EXAMINATION
12    BY MR. WINTER:
13         Q    Thank you, Ms. Burr, and thank you for
14    joining us this morning.
15              As you may know, I represent Black Widow
16    Termite & Pest Control Corp., the Plaintiff.
17              Are you represented by an attorney
18    today?
19         A    No.
20         Q    So our Videographer sort of mentioned
21    this earlier, but what we're going to do is I'll
22    ask some questions.  From time-to-time, Mr. Carroll
23    may object.  After he objects, then you should
24    answer that question; but because the Court
25    Reporter is taking everything down because it's on
```

1    Zoom, I'll try to speak, ask my question; we'll

2    give time to for Mr. Carroll to object, if

3    anything, and then you'll speak, just so we're not

4    talking over anybody.  Do you understand?

5         A    Yes.

6         Q    And then the Court Reporter can't take

7    down head nods or gestures, so we need verbal

8    answers so that she can type down everything that's

9    said.  Do you understand?

10        A    Yup.

11        Q    Is there any reason that you cannot

12   testify truthfully today?

13        A    No.

14        Q    Have you ever been deposed before?

15        A    No.

16        Q    Have you ever testified under oath

17   before?

18        A    No.

19        Q    Okay.  So I sent you a DropBox link to

20   some documents, which I'll refer to from

21   time-to-time.

22             I'm going to share the first one on the

23   screen here, which is marked as PX 37.

24   (Indicating.)

25             Do you see that?

1       A    Yes.

2       **Q    And is this a subpoena that you received**

3    **in order to appear at this deposition today?**

4       A    Yes.

5       **Q    Okay.  Can you tell me -- tell me where**

6    **you live?**

7       A    I live at 7 Greenknoll Drive in

8    Brookfield, Connecticut.

9       **Q    And are you employed or in school?**

10      A    I'm in school right now getting my

11   master's degree.

12      **Q    Where in school?**

13      A    Southern Connecticut.

14      **Q    And a master's degree in what?**

15      A    Education.

16      **Q    So at some point were you ever -- did**

17   **you ever become aware of a company called Black**

18   **Widow?**

19      A    Yes.

20      **Q    And when was the first time that you**

21   **were aware of any company called Black Widow?**

22      A    It was Summer of 2023.  We had bats,

23   like, above our garage.  So my mother called the --

24   like, someone to come take care of the bats, and

25   they were called Black Widow.

1      **Q     And when they came to take care of the**
2  **bats, were you there?**

3      A     I was.  I was home.  I didn't, like,
4  talk to -- like, there were times when my mom just
5  talk to them.  There were times we both talked to
6  them; but, yes, I was home.

7      **Q     And did you see -- did you see their**
8  **trucks or what they were wearing?**

9      A     Yes.

10     **Q     Did you see any logos on that -- on that**
11 **truck?**

12     A     Yes, I -- I believe it said Black Widow.
13 I don't -- I know -- I don't remember the exact,
14 like, after Black Widow, yes.

15     **Q     And so how long were you -- was that**
16 **meeting or that service appointment roughly?**

17     A     They -- they came one time over the
18 summer, like, to check things out.  I -- I don't
19 know the exact date; but I remember they told us,
20 like, bats, you can't do anything about until,
21 like, the -- like, birthing season's over because
22 they're, like, protected in Connecticut.

23          So they ended up -- I think after
24 August, they had to come back to actually do the
25 work to install the things, like, the one way -- I

1    don't know what they're called, but for the bats to

2    leave.

3        **Q    All right.  And were you there both**

4    **times that they came?**

5        A    I was -- yes, I was home, like, the time

6    they came to look.  Like, I was with my mom and she

7    showed them around, and then the time that they

8    were here, like, doing the work, I was, like, in

9    and out because they were here, like, all day.

10       **Q    Got it.**

11           **So -- so then you would have seen --**

12   **you'd have seen those individuals and their trucks**

13   **and their logos more than once, is that correct?**

14       A    Yes.

15       **Q    And were they -- were their shirts --**

16   **did they have logos on their shirts?**

17       A    If I can remember correctly, they were

18   wearing, like -- I believe they were wearing black

19   shirts with, like, red writing.  (Indicating.)

20       **Q    Okay.  I'm going to share a document**

21   **that is marked PX 39. (Indicating.)**

22           **Is this the logo you saw at that time?**

23       A    I -- I think so.

24       **Q    And so at some point thereafter, were**

25   **there bats again in your -- in the house?**

1          A     Yes.  Like, I don't know the exact date.

2     A couple months after.  It might have been the Fall

3     of 2023, there was a bat in our -- inside of the

4     house, like -- when we originally had them, they

5     were (Indicating) on the thing above the garage;

6     but, yes, then there was just one inside the house

7     by the fireplace, and they -- and we called and

8     they came back to just take it out.

9          **Q     And when you -- when you called -- did**

10    **you call them?**

11         A     Yes, I called them that -- that's the

12    first time I ever called them.

13              Before, like, it was all -- everything

14    was done through my mom, like, the big thing.

15              I called them that time because my mom

16    was traveling, so I had to call to get the bat out

17    of the house.

18         **Q     And how did you find their phone number**

19    **to call?**

20         A     I just looked it up on Google.

21         **Q     Do you remember what you searched Google**

22    **he'll?**

23         A     Like, Black Widow Pest Control.

24         **Q     So you would have searched the word**

25    **Black Widow Pest and Control, just put that in on**

1  **Google and called the first one you found, is that**

2  **correct?**

3      A   Yes.  Yes, and I called the first one

4  that I found, and they told me that I was not a

5  customer, so it was the wrong number.

6      **Q   Got it.**

7      **So I'm going to show you a document**

8  **that's been marked PX 40.**

9      **Actually, let me -- let me put this in**

10  **your folder first, just so you have it in case you**

11  **want it.  (Indicating.)**

12      **Do you see this document here?**

13      A   Yes.

14      **Q   It's a -- this says Richelle Burr, and**

15  **then you see a phone number under there.  Do you**

16  **see that phone number?**

17      A   Yes.

18      **Q   Is that your personal phone number?**

19      A   Yes, that's my phone number, and that's

20  my mom's name.

21      **Q   And is there a reason you would have**

22  **given your mom's name when you called?**

23      A   Yes, probably because she was the

24  customer who did the business with them.

25      **Q   Got it.**

1          **And so is this an accurate**

2    **representation of the record of you calling the**

3    **company that said you were not a customer that you**

4    **mentioned before?**

5          A    Yes.

6                    MR. CARROLL:  Objection.

7    BY MR. WINTER:

8          **Q    And so was this after you did the Google**

9    **search that we mentioned before, and you found a**

10   **phone number?**

11         A    Yes.

12         **Q    Is there anything else that you recall**

13   **about this phone conversation or anything that was**

14   **said?**

15         A    I just remember them saying, like, that

16   I was, like -- I explained how my mom was a

17   customer.  Like, I gave her names so they could

18   look it up, and they said that they never -- I

19   think they said they were from New York.

20         **Q    Got it.**

21               **Let me -- okay.  I'm going to show you**

22   **something that has been marked -- oh, sorry -- PX**

23   **25. (Indicating.)**

24               **Do you see that here?**

25         A    Yes.

1       Q   In that first call where you called

2  someone, you said they were from New York

3  referenced in PX -- which one of these logos do you

4  believe you called?

5       A   I have no idea.

6       I just called the first one that came up

7  on Google and then when they told me it was the

8  wrong number, my mom sent to me the number that was

9  the right number; but, yes, with the, like, logos,

10  I never -- I don't know.

11       Q   Okay.  Do these logos look similar to

12  you?

13               MR. CARROLL:  Objection.

14               THE WITNESS:  Yes.

15  BY MR. WINTER:

16       Q   Why do they look similar to you?

17       A   Just, like, the -- well, like, what's

18  confusing for me when I was trying to find the

19  number and stuff is they both start with Black

20  Widow.

21       Like, I don't know -- I still don't know

22  which one, like, the ending of the one that

23  actually, like, gave us the service.  I just know

24  that it was Black Widow.

25       Q   When you -- when you saw the -- the

1    trucks at your house back in the summer when they

2    first came, did you testify earlier that you saw

3    red and black in the color scheme?

4                    MR. CARROLL:  Objection.

5                    THE WITNESS:  Yes.

6    BY MR. WINTER:

7        Q    I'm going to share PX 27 -- where's my

8    share?

9             (Indicating.)  You see PX -- Plaintiff's

10   Exhibit 27 in front of you there?

11       A    Mm-hmm, yes.

12       Q    I'm going to zoom in so you can see it a

13   little better.  (Indicating.)

14            Does that appear to be one of the trucks

15   that you saw at your house in the Summer of 2023?

16       A    Yes, I believe so.

17       Q    And then I'm going to see if I can pull

18   in PX 26 here.

19            (Indicating.)  See PX 26 here?

20       A    Yes.

21       Q    Okay.  I'm going scroll this, all the

22   pages.

23            Do you see any -- any T-shirts or

24   designs that you would have seen in -- in anytime

25   that this company came to service your house?

1    (Indicating.)

2         A    I think just the -- the black T-shirt on

3    the second page.

4         Q    (Indicating.)  This -- this one in front

5    of you here?

6         A    Yes.

7         Q    So at the bottom, this is marked -- the

8    bottom right here, Black000133. (Indicating.)

9              Do you see that?

10        A    Yes.

11        Q    So you recall seeing this logo in August

12    when they visited your house, is that correct?

13        A    Yes.

14        Q    Would you agree that you were confused

15    between the two companies when you called in

16    November of 2023?

17                    MR. CARROLL:  Objection.

18                    THE WITNESS:  Yes.

19    BY MR. WINTER:

20        Q    Is there any other reasons that you

21    think you were confused, other than use of the

22    Black Widow words?

23        A    Probably because I wasn't the word who

24    ever called them in the first place, so I didn't

25    have the correct number, and I didn't know the

1 ending, like, that says Pest Specialist.  Like, I

2 didn't recall what the ending was.  I just knew it

3 was Black Widow.

4      **Q    Okay.  And so after the call to the New**

5 **York company that we showed you in -- in PX 40, did**

6 **you then call -- you then spoke with your mom to**

7 **get the correct number, is that accurate?**

8      A    Yes.

9      **Q    And then thereafter, did a company come**

10 **to handle the bat?**

11      A    Yes.

12              MR. WINTER:  I don't have anymore

13          questions.

14              Wilson, if you have any?

15              MR. CARROLL:  No, no more

16          questions.

17              MR. WINTER:  I think that's it.

18              THE WITNESS:  Okay.

19              MR. WINTER:  And, Miss Court

20          Reporter, do you have anything before we

21          end this?

22              THE VIDEOGRAPHER:  Excuse me,

23          Counsel.  I'm the Videographer.  Are you

24          going to order the copy of the video?

25              MR. WINTER:  Yes.

```
 1          THE VIDEOGRAPHER:  And do you want
 2   it expedite or when?
 3          MR. WINTER:  Just -- what's
 4   regular, like 14 days or something?
 5          THE VIDEOGRAPHER:  Yes.
 6          MR. WINTER:  That's fine.
 7          MR. CARROLL:  I do not need a copy
 8   of the video.
 9          THE VIDEOGRAPHER:  Okay.  And do
10   you want it synchronized with exhibits
11   -- I'm sorry, with the transcript?
12          MR. WINTER:  Yes, please.
13          THE VIDEOGRAPHER:  Okay.  And can
14   you please give me your e-mail on the
15   chat so we can send over the order?
16          Also, Madam Court Reporter, can
17   you please give me your e-mail, too?
18          THE COURT REPORTER:  Sure.  Let me
19   just shoot that over to you on the chat.
20          THE VIDEOGRAPHER:  Thank you.
21          Is the J in "Jon" is capital,
22   right?
23          MR. WINTER:  It doesn't matter.
24          THE VIDEOGRAPHER:  Oh.
25          MR. WINTER:  It's just
```

1    j.winter@farberllc.com.

2        THE VIDEOGRAPHER:  Okay.  Thank

3    you very much.

4        Okay.  So we are going off the

5    record.  The time is 10:37 AM.

6

7        (Whereupon the witness was excused

8    and the deposition adjourned at 10:37 AM

9    on Thursday, December 5, 2024.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1             C E R T I F I C A T E

2

3          I hereby certify that I am a Notary Public,

4    in and for the State of Connecticut, duly

5    commissioned and qualified to administer oaths.

6          I further certify that the deponent named in

7    the foregoing deposition was by me duly sworn (via

8    Zoom), and thereupon testified as appears in the

9    foregoing deposition (via Zoom); that said

10   deposition was taken by me stenographically in the

11   presence of counsel (via Zoom) and reduced to

12   typewriting under my direction, and the foregoing

13   is a true and accurate transcript of the testimony.

14         I further certify that I am neither of

15   counsel nor attorney to either of the parties to

16   said suit, nor of either counsel in said suit, nor

17   am I interested in the outcome of said cause.

18         Witness my hand and seal as Notary Public

19   this 9th day of December, 2024.

20

21   _____

22   LOUISE E. BOUTEILLER
     Notary Public

23   My commission expires:

24   1/31/2029

25

1                    CERTIFICATE OF DEPONENT

2

3      I, BRIDGETTE OLIVIA BURR, have read the

4   foregoing transcript of the testimony given at the

5   deposition on December 5, 2024, and it is true and

6   accurate to the best of my knowledge and/or with

7   the changes as noted in the attached errata sheet.

8

9                      _____

10                     BRIDGETTE OLIVIA BURR

11

   Subscribed and sworn to before me on this the

12

13   _____ day of _____,

14

15   20_____.

16

17                     _____

18

19                     Notary Public

20

21   My commission expires:

22

23   _____

24

25

1

ERRATA SHEET

2

3    NAME OF CASE:  BLACK WIDOW TERMITE & PEST CONTROL
     CORP. VS. BLACK WIDOW PEST SPECIALIST LLC

4
     NAME OF DEPONENT:  BRIDGETTE OLIVIA BURR

5
     DATE OF TESTIMONY:  December 5, 2024

6
     Please note any errors or corrections on this
7    sheet.  The rules require a reason for any change
     or correction.  It may be general, such as "to
8    correct stenographic error," or "to clarify the
     record."

9                        CORRECTIONS

10   Page Line        Correction         Reason for change

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____











