# Exhibit L

RESPONSIVE TO REQUEST(S) FOR PRODUCTION No. 10



Figure 2 NEW Website (Pending)



ARM-BLACK-000104

1



2



Home   Success Stories   Contact Us

Contact Us

The Process

# Your Partners in Pest Control

We know that dealing with pests can be a real headache.

That's why we're more than just your average pest control company –

we're your partners in creating a pest-free environment.

  

**Schedule Consultation**

Arrange a consultation to have one of our specialists
visit your property and assess the situation firsthand.

**Thorough Assessment**

Our experienced specialists conduct a comprehensive inspection to identify pest issues, assess severity, and develop a plan of action.

**Pest-Free Home**

Utilizing tailored treatment plans, we eliminate pests and implement preventive measures to ensure a pest-free environment.

Call: (203) 651-6871

3



Home   Success Stories   Contact Us

Contact Us

Our Services

# Customized Pest Solutions

Our customized approach prioritizes effective pest management while respecting the natural habitat.

Pest Control                              +

Wildlife Management                       +

Exclusion Services                        +

Contact Us





# Delivering Exceptional Results



Home   Success Stories   Contact Us

Contact Us

Hear directly from our satisfied customers about their experiences with our services, and discover why we're the trusted choice for pest control in the Litchfield area.

Blake and his team have been a pleasure to work with. We made the switch about a year ago because our properties had some pest issues. The other companies we hired just could not get it under control. A friend referred Black Widow Pest Specialists to us and we have not looked back. Blake and his team are very knowledgeable, punctual, and thorough. We have used him for both mice and bat issues. Blake has taken the time to meet us at the properties to give us his professional opinion as well as answer our phone calls when we needed to discuss our options a bit further. Each time we have hired this company, we are always pleased with the results. Lastly, the office staff is super friendly and always happy to answer any questions we may have.



**Meghan Riccio**
Testimonials

*HIGHLY RECOMMEND* - I cannot thank BWPS enough for their attentiveness and care to get an infestation of bats out of my apartment attic safely. Blake and Mike were wonderful - very knowledgeable and caring men. It was nice to see that they cared for the bats and their safety, as well. They offer a 3+ year warranty and have 24/7 Emergency Removal services. I would give this company 10/10. Thanks Blake and Mike!



**Briana Nesbitt**
Testimonials



5



Home   Success Stories   Contact Us

Contact Us

## Contact Us

# We're Here to Help

Contact us today to schedule your consultation and take the first step towards a pest-free environment.

blackwidowpestspecialists@gmail.com

Name (required)

First Name | Last Name

Phone (required)

Pest (required)

Describe your pest here. (ants, mice, etc.)

Call Us     Email Us

Submit

2025 Google  500 m  Terms  Report a map error

---



Providing a safer, healthier environment through the elimination, control, and prevention of pests and wildlife.

blackwidowpestspecialists@gmail.com

203-651-6871

**Category**

Success Stories

Contact Us

Mobile

**Social**

Website Terms | Privacy Policy | Accessibility Statement

© 2024 Black Widow Pest Specialists, LLC. All Rights Reserved.