# Exhibit M

Monday, June 9, 2025 at 15:53:45 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | RE: Black Widow Lawsuit (08279-L0001A) |
| **Date:** | Friday, December 1, 2023 at 4:02:34 PM Eastern Standard Time |
| **From:** | Winter, Jonathan A. |
| **To:** | Gerold, Samantha M., Hugh Pfabe |
| **Attachments:** | P000001-P000001.pdf |

Hugh – attached for production is P000001

This evidence of actual confusion might be useful in your discussions with your client on Monday.

**Jonathan Winter**
Partner

# St. Onge **IP**

St. Onge Steward Johnston & Reens LLC

986 Bedford Street
Stamford, Connecticut 06905--5619
ssjr.com
Main:   +1 (203) 324--6155
Direct: +1 (203) 541--4520
Email:  jwinter@ssjr.com

---

**From:** Gerold, Samantha M. <sgerold@ssjr.com>
**Sent:** Friday, December 1, 2023 3:37 PM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>; Winter, Jonathan A. <jwinter@ssjr.com>
**Subject:** RE: Black Widow Lawsuit (08279-L0001A)

Hugh,

Great speaking with you. As discussed, attached please find a redline version of the 26(f) Report for your further edits.

We look forward to receiving your additional input.

Kind regards,
Samantha

**Samantha Gerold**
Associate



St. Onge Steward Johnston & Reens LLC

986 Bedford Street
Stamford, Connecticut 06905--5619
ssjr.com
Main:   +1 (203) 324--6155
Direct: +1 (203) 541--4551
Email:  sgerold@ssjr.com

---

**From:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Sent:** Wednesday, November 29, 2023 10:36 AM
**To:** Winter, Jonathan A. <jwinter@ssjr.com>
**Cc:** Gerold, Samantha M. <sgerold@ssjr.com>
**Subject:** Re: Black Widow Lawsuit (08279-L0001A)

Mr. Winter,

Thank you for reaching out.

I can be available at 3pm on Friday (12/1/2023). I do have a hard stop at 4pm on that day, so let me know if you anticipate that timeframe being an issue.

If you do not foresee an issue with that, please call me at (860) 698-0070 at that time.

Thank you,

-Hugh


On Tue, Nov 28, 2023 at 6:26 PM Winter, Jonathan A. <jwinter@ssjr.com> wrote:

> Mr. Pfabe:
>
> The court has set Monday, December 4 as our deadline to conduct the 26(f) conference and submit a report.  I should have a draft report ready for your review by Thursday, possibly tomorrow.  Do you want to speak Friday afternoon to conduct our 26(f) conference?  Would 3:00 work?  If not, please suggest an alternate time.
>
> **Jonathan Winter**
> Partner
>
> # St. Onge IP
> St. Onge Steward Johnston & Reens LLC
>
> 986 Bedford Street
> Stamford, Connecticut 06905--5619
> ssjr.com
> Main:   +1 (203) 324--6155
> Direct: +1 (203) 541--4520
> Email:  jwinter@ssjr.com

**Monday, June 9, 2025 at 15:54:56 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Activity in Case 3:23-cv-01246-RNC Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialist LLC Calendar Entry |
| **Date:** | Thursday, December 7, 2023 at 5:11:00 PM Eastern Standard Time |
| **From:** | Winter, Jonathan A. |
| **To:** | Hugh Pfabe |
| **CC:** | Gerold, Samantha M. |
| **Attachments:** | Initial Disclosures.pdf, P000045-P000045.pdf, P000046-P000047.pdf, P000002-P000002.pdf, P000003-P000044.pdf |

Attached for service please find my client's initial disclosures.  Also enclosed are P000002-47 (P00001 already produced previously).  Note that some documents are marked Confidential or Attorney Eyes Only under the protective order.

---

**From:** Winter, Jonathan A.
**Sent:** Thursday, December 7, 2023 1:28 PM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Subject:** FW: Activity in Case 3:23-cv-01246-RNC Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialist LLC Calendar Entry

Hugh – so we can be efficient on this call in terms of scheduling:

We can do any date Jan 8 through end of Feb except Jan 15, 16, Feb 5, 19, 20, 29.

---

**From:** CMECF@ctd.uscourts.gov <CMECF@ctd.uscourts.gov>
**Sent:** Wednesday, December 6, 2023 3:03 PM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Activity in Case 3:23-cv-01246-RNC Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialist LLC Calendar Entry

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Connecticut

# Notice of Electronic Filing

The following transaction was entered on 12/6/2023 at 3:03 PM EST and filed on 12/6/2023
**Case Name:**        Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialist LLC
**Case Number:**      3:23-cv-01246-RNC
**Filer:**
**Document Number:** 19(No document attached)

**Docket Text:**
**NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. A pre-settlement telephonic status conference has been set for 12/14/2023 at 9:30 a.m. before Judge S. Dave Vatti. The purpose of the call is to discuss scheduling and any information exchange/discovery necessary to make the conference most meaningful. A date for the settlement conference will be set during the telephone call. As the Court will require parties or their representatives with settlement authority to attend the settlement conference, counsel should obtain dates of unavailability from their clients over the next sixty days and have their own calendars available to aid in scheduling. If either counsel/party develops a firm, unavoidable conflict on 12/14/2023 at 9:30 a.m., s/he should not file a motion for continuance but rather should call Chambers (203) 579-5593 as soon as possible with opposing counsel on the line to work out an alternate day and time for the pre-settlement telephonic status conference. Parties should dial 866-434-5269, to connect to the conference and enter access code 2006808. (Ellis, Bernadette)**


**3:23-cv-01246-RNC Notice has been electronically mailed to:**

Jonathan Adam Winter      jwinter@ssjr.com, 7480754420@filings.docketbird.com, litigation@ssjr.com

Hubert W. Pfabe      hpfabe@armorylegalgroup.com

**3:23-cv-01246-RNC Notice has been delivered by other means to:**

**Monday, June 9, 2025 at 15:55:25 Eastern Daylight Time**

**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC
**Date:** Wednesday, February 14, 2024 at 3:05:49 PM Eastern Standard Time
**From:** Jonathan Winter
**To:** Hugh Pfabe
**CC:** Samantha Gerold
**Attachments:** P000048-P000048.pdf

See the attached P000048 for production marked confidential. P000001-47 were already produced.

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, February 12, 2024 at 9:19 AM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hugh – if your client intends to change its name then we can certainly focus on preparing settlement papers instead of discovery. We have seen no indication your client is interested in changing its name and we have a case to prosecute. My client is keeping its pre-mediation proposal available only until the call on 2/22, which is what we committed to do. We never discussed a stay/extension of discovery. Certainly if your client starts forcing mine to incur discovery expenses it will move us off the pre-mediation proposal, but your client is entitled to do what it wants under the discovery rules and we will respond accordingly.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Date:** Monday, February 12, 2024 at 3:14 AM
**To:** Jonathan Winter <j.winter@farberllc.com>

**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hello Jonathan,

I apologize for the slow response. I am on my honeymoon in Iceland and have not been checking emails since I left last week.

I was under the impression that, as we and Judge Vatti had discussed the importance of using settlement negotiations, particularly at such an early stage, to attempt to avoid burdening both of our clients with discovery costs, and had discussed delaying further action until after our settlement call on 2/22, we were holding on the document production requests and interrogatories as well. I'm sure you agree that document production can be a significant financial burden, which we would prefer to avoid for both of our clients.

If you understand things differently, I will begin preparing these responses upon my return. I have reached out to my client, and I will be back at my desk on Monday, 2/19, at which point I will endeavor to get the responses to you as quickly as I can.

Thank you,

-Hugh

On Fri, Feb 9, 2024 at 7:55 AM Jonathan Winter <j.winter@farberllc.com> wrote:

> Hugh - responses to these discovery requests were due yesterday and we have not received any objections or responses. Please produce the requested documents and respond to the interrogatories.
>
> Best,
>
> **Jonathan Winter**
> **FARBER LLC**
> 4 Corporate Drive Suite 287 Shelton, CT 06484
> Direct line: (203) 285-8356
> Main office: (203) 286-5140
> Fax: (203) 286-5137
> E-mail: j.winter@farberllc.com
> Website: www.farberllc.com
>
>> On Jan 9, 2024, at 10:51 AM, Samantha Gerold <samantha.gerold@farberllc.com> wrote:
>>
>> Good morning,

Attached please find Plaintiff's First Set of Interrogatories and Requests for Production directed to the Defendant.

Kind regards,
Samantha
<Plaintiff's First Interrogatories.pdf>
<Plaintiff's First RFP.pdf>

Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, January 6, 2025 at 10:09 AM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J.
<AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black
Widow Pest Specialists LLC

Good Morning:

Enclosed for production are P000992-1220.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, December 9, 2024 at 11:15 AM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J.
<AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black
Widow Pest Specialists LLC

Good morning:

Please see the below link for P000640-991.  The link expires Thursday.  Several of the documents
are marked AEO or Confidential under the protective order.

https://www.dropbox.com/scl/fo/tl6qpvr0n0vzh4kgqscc0/ACQ77snkL_JIzeyvUfTz-rA?
rlkey=imbv0n36t4bkpf0zqmqqc7g83&st=y46mq5an&dl=0

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484

Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Thursday, October 31, 2024 at 2:16 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Ari and Wilson:

Enclosed for service please find the following:

Plaintiff's Damages analysis
Expert report of John Bowen and CV

Linked below for download are P000049-639.  The link expires November 2, some of the documents are marked Confidential or AEO under the protective order.  Please confirm when you have downloaded the files so we can de-activate the link. P000001-48 were previously produced.

https://www.dropbox.com/scl/fo/1hq18qcfx7vdms7tweyqp/AKdXdJcddPuDwer6_aq8t70?rlkey=rpj0gfe2x8azxzdqg5o0avpkf&st=b3d958f5&dl=0

Finally, I am enclosing a copy of our October 11, 2024 letter regarding discovery issues specific to the deposition of Mr. Black which we have not received a response to.  Please advise your availability for a meet and confer Monday afternoon (except 3-4pm) or Tuesday after 10am in advance of a request for discovery conference/motion to compel or alternately please produce these items immediately.

Best,

**Jonathan Winter**
**FARBER LLC**
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Wednesday, February 14, 2024 at 3:05 PM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>

**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

See the attached P000048 for production marked confidential. P000001-47 were already produced.

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, February 12, 2024 at 9:19 AM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hugh – if your client intends to change its name then we can certainly focus on preparing settlement papers instead of discovery.  We have seen no indication your client is interested in changing its name and we have a case to prosecute.  My client is keeping its pre-mediation proposal available only until the call on 2/22, which is what we committed to do.  We never discussed a stay/extension of discovery.
  Certainly if your client starts forcing mine to incur discovery expenses it will move us off the pre-mediation proposal, but your client is entitled to do what it wants under the discovery rules and we will respond accordingly.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Date:** Monday, February 12, 2024 at 3:14 AM
**To:** Jonathan Winter <j.winter@farberllc.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hello Jonathan,

I apologize for the slow response. I am on my honeymoon in Iceland and have not been checking emails since I left last week.

I was under the impression that, as we and Judge Vatti had discussed the importance of using settlement negotiations, particularly at such an early stage, to attempt to avoid burdening both of our clients with discovery costs, and had discussed delaying further action until after our settlement call on 2/22, we were holding on the document production requests and interrogatories as well. I'm sure you agree that document production can be a significant financial burden, which we would prefer to avoid for both of our clients.

If you understand things differently, I will begin preparing these responses upon my return. I have reached out to my client, and I will be back at my desk on Monday, 2/19, at which point I will endeavor to get the responses to you as quickly as I can.

Thank you,

-Hugh

On Fri, Feb 9, 2024 at 7:55 AM Jonathan Winter <j.winter@farberllc.com> wrote:

> Hugh - responses to these discovery requests were due yesterday and we have not received any objections or responses. Please produce the requested documents and respond to the interrogatories.
>
> Best,
>
> **Jonathan Winter**
> **FARBER LLC**
> 4 Corporate Drive Suite 287 Shelton, CT 06484
> Direct line: (203) 285-8356
> Main office: (203) 286-5140
> Fax: (203) 286-5137
> E-mail: j.winter@farberllc.com
> Website: www.farberllc.com
>
>> On Jan 9, 2024, at 10:51 AM, Samantha Gerold <samantha.gerold@farberllc.com> wrote:
>>
>> Good morning,
>>
>> Attached please find Plaintiff's First Set of Interrogatories and Requests for Production directed to the Defendant.
>>
>> Kind regards,
>> Samantha

&lt;Plaintiff's First Interrogatories.pdf&gt;
&lt;Plaintiff's First RFP.pdf&gt;

| | |
|---|---|
| **Subject:** | 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC |
| **Date:** | Thursday, February 13, 2025 at 2:28:40 PM Eastern Standard Time |
| **From:** | Samantha Gerold |
| **To:** | Carroll, Wilson T., Hoffman, Ari J. |
| **CC:** | Jonathan Winter |
| **Attachments:** | P001227-P001228.pdf |

Good afternoon,

Enclosed for production is P001227-P001228.

Kind regards,
Samantha

# FARBER LLC
**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.  Distribution of the message is prohibited.

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Tuesday, January 21, 2025 at 4:17 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon:

Enclosed for production is P001221-1226.

Also enclosed is a draft status report, which is technically past due, so we would like to get it filed ASAP.  Please let us know if we can file with your signature or if you have any suggested changes.

Best,

**Jonathan Winter**
**FARBER LLC**
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128

**Monday, June 9, 2025 at 15:56:25 Eastern Daylight Time**

---

**Subject:**  Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC
**Date:**  Wednesday, March 26, 2025 at 2:40:14 PM Eastern Daylight Time
**From:**  Samantha Gerold
**To:**  Hoffman, Ari J.
**CC:**  Jonathan Winter, Carroll, Wilson T., Estrella, Emilio
**Attachments:** P001229-P001230.pdf

Good afternoon,

Enclosed for production is P001229-P001230.

Kind regards,
Samantha

## FARBER LLC

**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.  Distribution of the message is prohibited.

---

**From:** Samantha Gerold <samantha.gerold@farberllc.com>
**Date:** Thursday, February 13, 2025 at 2:28 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Jonathan Winter <j.winter@farberllc.com>
**Subject:** 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon,

Enclosed for production is P001227-P001228.

Kind regards,
Samantha

## FARBER LLC

**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you

received this transmission in error, please notify the sender by e-mail and delete the message and any attachments. Distribution of the message is prohibited.

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Tuesday, January 21, 2025 at 4:17 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon:

Enclosed for production is P001221-1226.

Also enclosed is a draft status report, which is technically past due, so we would like to get it filed ASAP.  Please let us know if we can file with your signature or if you have any suggested changes.

Best,

**Jonathan Winter**
**FARBER LLC**
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, January 6, 2025 at 10:09 AM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good Morning:

Enclosed for production are P000992-1220.

Best,

**Jonathan Winter**
**FARBER LLC**
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128

Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, December 9, 2024 at 11:15 AM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good morning:

Please see the below link for P000640-991. The link expires Thursday. Several of the documents are marked AEO or Confidential under the protective order.

https://www.dropbox.com/scl/fo/tl6qpvr0n0vzh4kgqscc0/ACQ77snkL_JIzeyvUfTz-rA?rlkey=imbv0n36t4bkpf0zqmqqc7g83&st=y46mq5an&dl=0

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Thursday, October 31, 2024 at 2:16 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Ari and Wilson:

Enclosed for service please find the following:

Plaintiff's Damages analysis
Expert report of John Bowen and CV

Linked below for download are P000049-639. The link expires November 2, some of the documents are marked Confidential or AEO under the protective order. Please confirm when you have

downloaded the files so we can de-activate the link. P000001-48 were previously produced.

https://www.dropbox.com/scl/fo/1hq18qcfx7vdms7tweyqp/AKdXdJcddPuDwer6_aq8t70?rlkey=rpj0gfe2x8azxzdqg5o0avpkf&st=b3d958f5&dl=0

Finally, I am enclosing a copy of our October 11, 2024 letter regarding discovery issues specific to the deposition of Mr. Black which we have not received a response to. Please advise your availability for a meet and confer Monday afternoon (except 3-4pm) or Tuesday after 10am in advance of a request for discovery conference/motion to compel or alternately please produce these items immediately.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Wednesday, February 14, 2024 at 3:05 PM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

See the attached P000048 for production marked confidential. P000001-47 were already produced.

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, February 12, 2024 at 9:19 AM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hugh – if your client intends to change its name then we can certainly focus on preparing settlement papers instead of discovery. We have seen no indication your client is interested in changing its name

and we have a case to prosecute. My client is keeping its pre-mediation proposal available only until the call on 2/22, which is what we committed to do. We never discussed a stay/extension of discovery. Certainly if your client starts forcing mine to incur discovery expenses it will move us off the pre-mediation proposal, but your client is entitled to do what it wants under the discovery rules and we will respond accordingly.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Date:** Monday, February 12, 2024 at 3:14 AM
**To:** Jonathan Winter <j.winter@farberllc.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hello Jonathan,

I apologize for the slow response. I am on my honeymoon in Iceland and have not been checking emails since I left last week.

I was under the impression that, as we and Judge Vatti had discussed the importance of using settlement negotiations, particularly at such an early stage, to attempt to avoid burdening both of our clients with discovery costs, and had discussed delaying further action until after our settlement call on 2/22, we were holding on the document production requests and interrogatories as well. I'm sure you agree that document production can be a significant financial burden, which we would prefer to avoid for both of our clients.

If you understand things differently, I will begin preparing these responses upon my return. I have reached out to my client, and I will be back at my desk on Monday, 2/19, at which point I will endeavor to get the responses to you as quickly as I can.

Thank you,

-Hugh

On Fri, Feb 9, 2024 at 7:55 AM Jonathan Winter <j.winter@farberllc.com> wrote:

> Hugh - responses to these discovery requests were due yesterday and we have not received any objections or responses. Please produce the requested documents and respond to the interrogatories.

Best,

**Jonathan Winter**
**FARBER LLC**
4 Corporate Drive Suite 287 Shelton, CT 06484
Direct line: (203) 285-8356
Main office: (203) 286-5140
Fax: (203) 286-5137
E-mail: j.winter@farberllc.com
Website: www.farberllc.com

> On Jan 9, 2024, at 10:51 AM, Samantha Gerold <samantha.gerold@farberllc.com>
> wrote:
>
>
> Good morning,
>
> Attached please find Plaintiff's First Set of Interrogatories and Requests for Production
> directed to the Defendant.
>
> Kind regards,
> Samantha
> <Plaintiff's First Interrogatories.pdf>
> <Plaintiff's First RFP.pdf>

| | |
|---|---|
| **Subject:** | 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC |
| **Date:** | Monday, April 14, 2025 at 7:47:52 PM Eastern Daylight Time |
| **From:** | Samantha Gerold |
| **To:** | Hoffman, Ari J. |
| **CC:** | Jonathan Winter, Carroll, Wilson T., Estrella, Emilio |
| **Attachments:** | P001231-P001232.pdf |

Good evening,

Enclosed for production is P001231-P001232.

Kind regards,
Samantha

# FARBER LLC
**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.  Distribution of the message is prohibited.

**From:** Samantha Gerold <samantha.gerold@farberllc.com>
**Date:** Wednesday, March 26, 2025 at 2:40 PM
**To:** Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Jonathan Winter <j.winter@farberllc.com>, Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Estrella, Emilio <EEstrella@cohenandwolf.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon,

Enclosed for production is P001229-P001230.

Kind regards,
Samantha

# FARBER LLC
**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you

received this transmission in error, please notify the sender by e-mail and delete the message and any attachments. Distribution of the message is prohibited.

---

**From:** Samantha Gerold <samantha.gerold@farberllc.com>
**Date:** Thursday, February 13, 2025 at 2:28 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Jonathan Winter <j.winter@farberllc.com>
**Subject:** 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon,

Enclosed for production is P001227-P001228.

Kind regards,
Samantha

**FARBER LLC**
**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments. Distribution of the message is prohibited.

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Tuesday, January 21, 2025 at 4:17 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon:

Enclosed for production is P001221-1226.

Also enclosed is a draft status report, which is technically past due, so we would like to get it filed ASAP.  Please let us know if we can file with your signature or if you have any suggested changes.

Best,

**Jonathan Winter**

**FARBER LLC**
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, January 6, 2025 at 10:09 AM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good Morning:

Enclosed for production are P000992-1220.

Best,

**Jonathan Winter**
**FARBER LLC**
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, December 9, 2024 at 11:15 AM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good morning:

Please see the below link for P000640-991.  The link expires Thursday.  Several of the documents are marked AEO or Confidential under the protective order.

https://www.dropbox.com/scl/fo/tl6qpvr0n0vzh4kgqscc0/ACQ77snkL_JIzeyvUfTz-rA?rlkey=imbv0n36t4bkpf0zqmqqc7g83&st=y46mq5an&dl=0

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Thursday, October 31, 2024 at 2:16 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J.
<AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow
Pest Specialists LLC

Ari and Wilson:

Enclosed for service please find the following:

Plaintiff's Damages analysis
Expert report of John Bowen and CV

Linked below for download are P000049-639.  The link expires November 2, some of the documents
are marked Confidential or AEO under the protective order.  Please confirm when you have
downloaded the files so we can de-activate the link. P000001-48 were previously produced.

https://www.dropbox.com/scl/fo/1hq18qcfx7vdms7tweyqp/AKdXdJcddPuDwer6_aq8t70?
rlkey=rpj0gfe2x8azxzdqg5o0avpkf&st=b3d958f5&dl=0

Finally, I am enclosing a copy of our October 11, 2024 letter regarding discovery issues specific to the
deposition of Mr. Black which we have not received a response to.  Please advise your
availability for a meet and confer Monday afternoon (except 3-4pm) or Tuesday after 10am in
advance of a request for discovery conference/motion to compel or alternately please produce
these items immediately.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>

**Date:** Wednesday, February 14, 2024 at 3:05 PM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

See the attached P000048 for production marked confidential. P000001-47 were already produced.

**Jonathan Winter**
**FARBER LLC**
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, February 12, 2024 at 9:19 AM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hugh – if your client intends to change its name then we can certainly focus on preparing settlement papers instead of discovery.  We have seen no indication your client is interested in changing its name and we have a case to prosecute.  My client is keeping its pre-mediation proposal available only until the call on 2/22, which is what we committed to do.  We never discussed a stay/extension of discovery.
  Certainly if your client starts forcing mine to incur discovery expenses it will move us off the pre-mediation proposal, but your client is entitled to do what it wants under the discovery rules and we will respond accordingly.

Best,

**Jonathan Winter**
**FARBER LLC**
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Date:** Monday, February 12, 2024 at 3:14 AM
**To:** Jonathan Winter <j.winter@farberllc.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hello Jonathan,

I apologize for the slow response. I am on my honeymoon in Iceland and have not been checking emails since I left last week.

I was under the impression that, as we and Judge Vatti had discussed the importance of using settlement negotiations, particularly at such an early stage, to attempt to avoid burdening both of our clients with discovery costs, and had discussed delaying further action until after our settlement call on 2/22, we were holding on the document production requests and interrogatories as well. I'm sure you agree that document production can be a significant financial burden, which we would prefer to avoid for both of our clients.

If you understand things differently, I will begin preparing these responses upon my return. I have reached out to my client, and I will be back at my desk on Monday, 2/19, at which point I will endeavor to get the responses to you as quickly as I can.

Thank you,

-Hugh

On Fri, Feb 9, 2024 at 7:55 AM Jonathan Winter <j.winter@farberllc.com> wrote:

> Hugh - responses to these discovery requests were due yesterday and we have not received any objections or responses. Please produce the requested documents and respond to the interrogatories.
>
> Best,
>
> **Jonathan Winter**
> **FARBER LLC**
> 4 Corporate Drive Suite 287 Shelton, CT 06484
> Direct line: (203) 285-8356
> Main office: (203) 286-5140
> Fax: (203) 286-5137
> E-mail: j.winter@farberllc.com
> Website: www.farberllc.com
>
>
>> On Jan 9, 2024, at 10:51 AM, Samantha Gerold <samantha.gerold@farberllc.com> wrote:
>>
>>
>> Good morning,
>>
>> Attached please find Plaintiff's First Set of Interrogatories and Requests for Production directed to the Defendant.

Kind regards,
Samantha
<Plaintiff's First Interrogatories.pdf>
<Plaintiff's First RFP.pdf>

**Monday, June 9, 2025 at 15:57:41 Eastern Daylight Time**

---

**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC
**Date:** Wednesday, April 23, 2025 at 4:21:51 PM Eastern Daylight Time
**From:** Samantha Gerold
**To:** Hoffman, Ari J.
**CC:** Jonathan Winter, Carroll, Wilson T., Estrella, Emilio
**Attachments:** P001233-P001234.pdf

Ari,

Attached is a courtesy copy of P001233-P001234, produced during today's 30(b)(6) deposition.

Kind regards,
Samantha

# FARBER LLC

**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments. Distribution of the message is prohibited.

---

**From:** Samantha Gerold <samantha.gerold@farberllc.com>
**Date:** Monday, April 14, 2025 at 7:47 PM
**To:** Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Jonathan Winter <j.winter@farberllc.com>, Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Estrella, Emilio <EEstrella@cohenandwolf.com>
**Subject:** 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good evening,

Enclosed for production is P001231-P001232.

Kind regards,
Samantha

# FARBER LLC

**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product. If you

received this transmission in error, please notify the sender by e-mail and delete the message and any attachments. Distribution of the message is prohibited.

---

**From:** Samantha Gerold <samantha.gerold@farberllc.com>
**Date:** Wednesday, March 26, 2025 at 2:40 PM
**To:** Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Jonathan Winter <j.winter@farberllc.com>, Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Estrella, Emilio <EEstrella@cohenandwolf.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon,

Enclosed for production is P001229-P001230.

Kind regards,
Samantha

**FARBER** LLC
**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments. Distribution of the message is prohibited.

---

**From:** Samantha Gerold <samantha.gerold@farberllc.com>
**Date:** Thursday, February 13, 2025 at 2:28 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Jonathan Winter <j.winter@farberllc.com>
**Subject:** 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon,

Enclosed for production is P001227-P001228.

Kind regards,
Samantha

**FARBER** LLC
**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484

Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.  Distribution of the message is prohibited.

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Tuesday, January 21, 2025 at 4:17 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon:

Enclosed for production is P001221-1226.

Also enclosed is a draft status report, which is technically past due, so we would like to get it filed ASAP.  Please let us know if we can file with your signature or if you have any suggested changes.

Best,

**Jonathan Winter**
**FARBER LLC**
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, January 6, 2025 at 10:09 AM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good Morning:

Enclosed for production are P000992-1220.

Best,

**Jonathan Winter**

**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, December 9, 2024 at 11:15 AM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good morning:

Please see the below link for P000640-991.  The link expires Thursday.  Several of the documents are marked AEO or Confidential under the protective order.

https://www.dropbox.com/scl/fo/tl6qpvr0n0vzh4kgqscc0/ACQ77snkL_JIzeyvUfTz-rA?rlkey=imbv0n36t4bkpf0zqmqqc7g83&st=y46mq5an&dl=0

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Thursday, October 31, 2024 at 2:16 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Ari and Wilson:

Enclosed for service please find the following:

Plaintiff's Damages analysis
Expert report of John Bowen and CV

Linked below for download are P000049-639.  The link expires November 2, some of the documents are marked Confidential or AEO under the protective order.  Please confirm when you have downloaded the files so we can de-activate the link. P000001-48 were previously produced.

https://www.dropbox.com/scl/fo/1hq18qcfx7vdms7tweyqp/AKdXdJcddPuDwer6_aq8t70?rlkey=rpj0gfe2x8azxzdqg5o0avpkf&st=b3d958f5&dl=0

Finally, I am enclosing a copy of our October 11, 2024 letter regarding discovery issues specific to the deposition of Mr. Black which we have not received a response to.  Please advise your availability for a meet and confer Monday afternoon (except 3-4pm) or Tuesday after 10am in advance of a request for discovery conference/motion to compel or alternately please produce these items immediately.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Wednesday, February 14, 2024 at 3:05 PM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

See the attached P000048 for production marked confidential. P000001-47 were already produced.

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, February 12, 2024 at 9:19 AM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hugh – if your client intends to change its name then we can certainly focus on preparing settlement papers instead of discovery.  We have seen no indication your client is interested in changing its name and we have a case to prosecute.  My client is keeping its pre-mediation proposal available only until the call on 2/22, which is what we committed to do.  We never discussed a stay/extension of discovery.
  Certainly if your client starts forcing mine to incur discovery expenses it will move us off the pre-mediation proposal, but your client is entitled to do what it wants under the discovery rules and we will respond accordingly.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Date:** Monday, February 12, 2024 at 3:14 AM
**To:** Jonathan Winter <j.winter@farberllc.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hello Jonathan,

I apologize for the slow response. I am on my honeymoon in Iceland and have not been checking emails since I left last week.

I was under the impression that, as we and Judge Vatti had discussed the importance of using settlement negotiations, particularly at such an early stage, to attempt to avoid burdening both of our clients with discovery costs, and had discussed delaying further action until after our settlement call on 2/22, we were holding on the document production requests and interrogatories as well. I'm sure you agree that document production can be a significant financial burden, which we would prefer to avoid for both of our clients.

If you understand things differently, I will begin preparing these responses upon my return. I have reached out to my client, and I will be back at my desk on Monday, 2/19, at which point I will endeavor to get the responses to you as quickly as I can.

Thank you,

-Hugh

On Fri, Feb 9, 2024 at 7:55 AM Jonathan Winter <j.winter@farberllc.com> wrote:

> Hugh - responses to these discovery requests were due yesterday and we have not received any

objections or responses. Please produce the requested documents and respond to the interrogatories.

Best,

**Jonathan Winter**
**FARBER LLC**
4 Corporate Drive Suite 287 Shelton, CT 06484
Direct line: (203) 285-8356
Main office: (203) 286-5140
Fax: (203) 286-5137
E-mail: j.winter@farberllc.com
Website: www.farberllc.com

> On Jan 9, 2024, at 10:51 AM, Samantha Gerold <samantha.gerold@farberllc.com> wrote:
>
> Good morning,
>
> Attached please find Plaintiff's First Set of Interrogatories and Requests for Production directed to the Defendant.
>
> Kind regards,
> Samantha
> <Plaintiff's First Interrogatories.pdf>
> <Plaintiff's First RFP.pdf>

**Monday, June 9, 2025 at 15:58:03 Eastern Daylight Time**

---

**Subject:** Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC
**Date:** Tuesday, May 27, 2025 at 12:14:43 PM Eastern Daylight Time
**From:** Samantha Gerold
**To:** Hoffman, Ari J., Estrella, Emilio
**CC:** Jonathan Winter, Carroll, Wilson T.
**Attachments:** P001235.pdf

Good afternoon,

Enclosed for production is P001235.

Best,
Samantha

## FARBER LLC

**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.  Distribution of the message is prohibited.

---

**From:** Samantha Gerold <samantha.gerold@farberllc.com>
**Date:** Wednesday, April 23, 2025 at 4:21 PM
**To:** Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Jonathan Winter <j.winter@farberllc.com>, Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Estrella, Emilio <EEstrella@cohenandwolf.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Ari,

Attached is a courtesy copy of P001233-P001234, produced during today's 30(b)(6) deposition.

Kind regards,
Samantha

## FARBER LLC

**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you

received this transmission in error, please notify the sender by e-mail and delete the message and any attachments. Distribution of the message is prohibited.

---

**From:** Samantha Gerold <samantha.gerold@farberllc.com>
**Date:** Monday, April 14, 2025 at 7:47 PM
**To:** Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Jonathan Winter <j.winter@farberllc.com>, Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Estrella, Emilio <EEstrella@cohenandwolf.com>
**Subject:** 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good evening,

Enclosed for production is P001231-P001232.

Kind regards,
Samantha

**FARBER** LLC
**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product. If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments. Distribution of the message is prohibited.

---

**From:** Samantha Gerold <samantha.gerold@farberllc.com>
**Date:** Wednesday, March 26, 2025 at 2:40 PM
**To:** Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Jonathan Winter <j.winter@farberllc.com>, Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Estrella, Emilio <EEstrella@cohenandwolf.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon,

Enclosed for production is P001229-P001230.

Kind regards,
Samantha

**FARBER** LLC
**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484

Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.  Distribution of the message is prohibited.

---

**From:** Samantha Gerold <samantha.gerold@farberllc.com>
**Date:** Thursday, February 13, 2025 at 2:28 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Jonathan Winter <j.winter@farberllc.com>
**Subject:** 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon,

Enclosed for production is P001227-P001228.

Kind regards,
Samantha

## FARBER LLC

**Samantha Gerold** | Attorney
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Direct line: (914) 844-3832 | Main office: (203) 286-5140
samantha.gerold@farberllc.com | www.farberllc.com

This message is confidential and may contain information which is privileged or attorney work product.  If you received this transmission in error, please notify the sender by e-mail and delete the message and any attachments.  Distribution of the message is prohibited.

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Tuesday, January 21, 2025 at 4:17 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J. <AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Good afternoon:

Enclosed for production is P001221-1226.

Also enclosed is a draft status report, which is technically past due, so we would like to get it filed ASAP.  Please let us know if we can file with your signature or if you have any suggested changes.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, January 6, 2025 at 10:09 AM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J.
<AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black
Widow Pest Specialists LLC

Good Morning:

Enclosed for production are P000992-1220.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, December 9, 2024 at 11:15 AM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J.
<AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black
Widow Pest Specialists LLC

Good morning:

Please see the below link for P000640-991.  The link expires Thursday.  Several of the documents
are marked AEO or Confidential under the protective order.

https://www.dropbox.com/scl/fo/tl6qpvr0n0vzh4kgqscc0/ACQ77snkL_JIzeyvUfTz-rA?

rlkey=imbv0n36t4bkpf0zqmqqc7g83&st=y46mq5an&dl=0

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Thursday, October 31, 2024 at 2:16 PM
**To:** Carroll, Wilson T. <WCarroll@cohenandwolf.com>, Hoffman, Ari J.
<AHoffman@cohenandwolf.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow
Pest Specialists LLC

Ari and Wilson:

Enclosed for service please find the following:

Plaintiff's Damages analysis
Expert report of John Bowen and CV

Linked below for download are P000049-639.  The link expires November 2, some of the documents
are marked Confidential or AEO under the protective order.  Please confirm when you have
downloaded the files so we can de-activate the link. P000001-48 were previously produced.

https://www.dropbox.com/scl/fo/1hq18qcfx7vdms7tweyqp/AKdXdJcddPuDwer6_aq8t70?
rlkey=rpj0gfe2x8azxzdqg5o0avpkf&st=b3d958f5&dl=0

Finally, I am enclosing a copy of our October 11, 2024 letter regarding discovery issues specific to
the deposition of Mr. Black which we have not received a response to.  Please advise your
availability for a meet and confer Monday afternoon (except 3-4pm) or Tuesday after 10am in
advance of a request for discovery conference/motion to compel or alternately please produce
these items immediately.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Wednesday, February 14, 2024 at 3:05 PM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

See the attached P000048 for production marked confidential. P000001-47 were already produced.

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Jonathan Winter <j.winter@farberllc.com>
**Date:** Monday, February 12, 2024 at 9:19 AM
**To:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>
**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hugh – if your client intends to change its name then we can certainly focus on preparing settlement papers instead of discovery. We have seen no indication your client is interested in changing its name and we have a case to prosecute. My client is keeping its pre-mediation proposal available only until the call on 2/22, which is what we committed to do. We never discussed a stay/extension of discovery.
 Certainly if your client starts forcing mine to incur discovery expenses it will move us off the pre-mediation proposal, but your client is entitled to do what it wants under the discovery rules and we will respond accordingly.

Best,

**Jonathan Winter**
**FARBER** LLC
4 Corporate Drive | Suite 287 | Shelton, CT 06484
Mobile: (203)-606-0128
Direct line: (203) 285-8356 | Main office: (203) 286-5140 | Fax: (203) 286-5137
E-mail: j.winter@farberllc.com | Website: www.farberllc.com

---

**From:** Hugh Pfabe <hpfabe@armorylegalgroup.com>
**Date:** Monday, February 12, 2024 at 3:14 AM
**To:** Jonathan Winter <j.winter@farberllc.com>

**Cc:** Samantha Gerold <samantha.gerold@farberllc.com>

**Subject:** Re: 08279 2001A - Black Widow Termite & Pest Control Corp. v. Black Widow Pest Specialists LLC

Hello Jonathan,

I apologize for the slow response. I am on my honeymoon in Iceland and have not been checking emails since I left last week.

I was under the impression that, as we and Judge Vatti had discussed the importance of using settlement negotiations, particularly at such an early stage, to attempt to avoid burdening both of our clients with discovery costs, and had discussed delaying further action until after our settlement call on 2/22, we were holding on the document production requests and interrogatories as well. I'm sure you agree that document production can be a significant financial burden, which we would prefer to avoid for both of our clients.

If you understand things differently, I will begin preparing these responses upon my return. I have reached out to my client, and I will be back at my desk on Monday, 2/19, at which point I will endeavor to get the responses to you as quickly as I can.

Thank you,

-Hugh

On Fri, Feb 9, 2024 at 7:55 AM Jonathan Winter <j.winter@farberllc.com> wrote:

> Hugh - responses to these discovery requests were due yesterday and we have not received any objections or responses. Please produce the requested documents and respond to the interrogatories.
>
> Best,
>
> **Jonathan Winter**
> **FARBER LLC**
> 4 Corporate Drive Suite 287 Shelton, CT 06484
> Direct line: (203) 285-8356
> Main office: (203) 286-5140
> Fax: (203) 286-5137
> E-mail: j.winter@farberllc.com
> Website: www.farberllc.com
>
>
>> On Jan 9, 2024, at 10:51 AM, Samantha Gerold <samantha.gerold@farberllc.com> wrote:
>>
>> Good morning,

Attached please find Plaintiff's First Set of Interrogatories and Requests for Production directed to the Defendant.

Kind regards,
Samantha
<Plaintiff's First Interrogatories.pdf>
<Plaintiff's First RFP.pdf>