# Exhibit N

**Generated on:** This page was generated by TSDR on 2024-12-11 14:34:12 EST

**Mark:** BLACK WIDOW

BLACK WIDOW

| | |
|---|---|
| **US Serial Number:** 98124482 | **Application Filing Date:** Aug. 09, 2023 |
| **US Registration Number:** 7466919 | **Registration Date:** Aug. 06, 2024 |
| **Filed as TEAS Plus:** Yes | **Currently TEAS Plus:** Yes |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Cancellation/Invalidation Pending

This trademark application has been registered with the Office, but it is currently undergoing a challenge which may result in its removal from the registry.

**Status:** A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Aug. 27, 2024

**Publication Date:** May 21, 2024

## Mark Information

**Mark Literal Elements:** BLACK WIDOW

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Acquired Distinctiveness Claim:** In whole

## Related Properties Information

**Claimed Ownership of US Registrations:** 4582084, 4624108, 4624109 and others

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Pest control for commercial buildings; Pest control for residential homes; Termite and pest control services, other than for agriculture, aquaculture, horticulture and forestry

**International Class(es):** 037 - Primary Class     **U.S Class(es):** 100, 103, 106

**Class Status:** ACTIVE

**First Use:** Apr. 30, 2008     **Use in Commerce:** Apr. 30, 2008

## Basis Information (Case Level)

**Filed Use:** Yes     **Currently Use:** Yes

P001192

| | | | |
|---|---|---|---|
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Black Widow Termite & Pest Control Corp.

**Owner Address:** 112 Meeting House Rd. Ste. B
Bedford Corners, NEW YORK UNITED STATES 10549

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** NEW YORK

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** SCOTT E. CHARNEY

**Docket Number:** BLKWID004

**Attorney Primary Email Address:** docket@charneyiplaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** SCOTT E. CHARNEY
CHARNEY IP LAW LLC
725 COOL SPRINGS BLVD. #600
FRANKLIN, TENNESSEE UNITED STATES 37067

**Phone:** 615-732-6289

**Correspondent e-mail:** docket@charneyiplaw.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 27, 2024 | CANCELLATION INSTITUTED NO. 999999 | 86092 |
| Aug. 06, 2024 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Aug. 06, 2024 | REGISTERED-PRINCIPAL REGISTER | |
| May 21, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 21, 2024 | PUBLISHED FOR OPPOSITION | |
| May 01, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 17, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 10, 2024 | ASSIGNED TO EXAMINER | |
| Sep. 08, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 12, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** FILE REPOSITORY (FRANCONIA)

**Date in Location:** Aug. 06, 2024

## Proceedings

### Summary

**Number of Proceedings:** 1

### Type of Proceeding: Cancellation

**Proceeding** 92086092

**Filing Date:** Aug 27, 2024

|  |  |  |  |
|---|---|---|---|
| **Number:** | _____ |  |  |
| **Status:** | Suspended | **Status Date:** | Sep 27, 2024 |
| **Interlocutory Attorney:** | KATIE BUKRINSKY |  |  |

### Defendant

|  |  |
|---|---|
| **Name:** | Black Widow Termite & Pest Control Corp. |
| **Correspondent Address:** | SCOTT E. CHARNEY<br>CHARNEY IP LAW LLC<br>725 COOL SPRINGS BLVD. #600<br>FRANKLIN TN UNITED STATES , 37067 |
| **Correspondent e-mail:** | docket@charneyiplaw.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| BLACK WIDOW |  | 98124482 | 7466919 |

### Plaintiff(s)

|  |  |
|---|---|
| **Name:** | Black Widow Pest Specialist LLC |
| **Correspondent Address:** | EMILIO A. ESTRELLA TERON<br>COHEN AND WOLF, P.C.<br>1115 BROAD ST<br>BRIDGEPORT CT UNITED STATES , 06604 |
| **Correspondent e-mail:** | eestrella@cohenandwolf.com , wcarroll@cohenandwolf.com , ahoffman@cohenandwolf.com |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 9 | SUSP PEND DISP OF CIVIL ACTION | Nov 18, 2024 |  |
| 8 | D REPLY IN SUPPORT OF MOTION | Sep 27, 2024 |  |
| 7 | SUSP PEND DISP OF OUTSTNDNG MOT | Sep 27, 2024 |  |
| 6 | P OPP/RESP TO MOTION | Sep 23, 2024 |  |
| 5 | D CHANGE OF CORRESP ADDRESS | Sep 03, 2024 |  |
| 4 | D MOT TO SUSP PEND DISP CIV ACTION | Sep 03, 2024 |  |
| 3 | INSTITUTED | Aug 27, 2024 |  |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 27, 2024 | Oct 06, 2024 |
| 1 | FILED AND FEE | Aug 27, 2024 |  |

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **To:** | XXXX |
| **Sent:** | Tuesday, August 06, 2024 10:04:42 EDT |
| **Subject:** | Official USPTO Notification: U.S. Trademark Application SN 98124482 -- Docket/Reference No. BLKWID004 |

**OFFICIAL USPTO NOTICE OF REGISTRATION**

**U.S. Application Serial No.** 98124482
**Mark:** BLACK WIDOW
**Owner/Holder:** Black Widow Termite & Pest Control Corp.
**Docket/Reference No.** BLKWID004

**Issue Date:** August 06, 2024

Your mark has registered with the United States Patent and Trademark Office (USPTO). Your United States trademark registration number is 7466919.

View and download your registration certificate using the Trademark Status & Document Retrieval (TSDR) database. If you have difficulty accessing the registration certificate, contact the Trademark Assistance Center (TAC) at TrademarkAssistanceCenter@uspto.gov or 800-786-9199 (select option #1). New registration certificates are issued electronically. For more information, visit the USPTO's electronic registration certificates webpage.

If your registration certificate contains an error that would not require republication to correct it, you can use the Trademark Electronic Application System (TEAS) Section 7 Request for Amendment or Correction of Registration Certificate (Section 7) form to request correction of that error.

**Order presentation copies online:**

You can order a printed presentation copy of your registration certificate using the TEAS Order Trademark Presentation Copy of Registration Certificate form. The presentation copy is suitable for display and framing. For more information on the availability and cost of presentation copies of trademark registrations, visit the USPTO's electronic registration certificates webpage.

**Requirements to maintain your registration:**

- File your registration maintenance documents at the required times.

- **If you do not submit your maintenance documents at the required times, your registration will be cancelled.** If that happens, you must file a new application. Filing a new application doesn't guarantee your trademark will register again.

**Please note the following:**

- You may receive unsolicited offers and notices from third-parties not affiliated with the USPTO. All official correspondence about your trademark registration will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and all emails will be from the domain "@uspto.gov." Visit our misleading notices webpage for more information.

- If your registration covers products that are likely targets for international counterfeiters (e.g., popular or high-demand products), consider applying to record your trademark registration with U.S. Customs and Border Protection (CBP). Recording your trademark registration helps CBP detain and seize imported goods if they violate your recorded trademark. Visit our recording trademark registrations with CBP webpage for more information.

- To help ensure that you receive emails from the USPTO, keep your email address(es) current using the Change Address or Representation (CAR) form and add USPTO email addresses to your contacts or "Safe Senders" list.

- If your trademark registration identifies goods and/or services not in use with your trademark, you can use the Section 7 form to request deletion of any goods and/or services not in use with your trademark. There's no fee to file a Section 7 form if you file the Section 7 form before you file your required registration maintenance documents, and you are only deleting goods, services, or classes. Other amendments and corrections may require a filing fee. For information on amendments and corrections after registration, see TMEP §1609.

If you have any questions about this notice, contact TAC at TrademarkAssistanceCenter@uspto.gov or 800-786-9199 (select option #1).

# United States of America

## United States Patent and Trademark Office

# BLACK WIDOW

**Reg. No. 7,466,919**

**Registered Aug. 06, 2024**

**Int. Cl.: 37**

**Service Mark**

**Principal Register**

Black Widow Termite & Pest Control Corp. (NEW YORK CORPORATION)
112 Meeting House Rd. Ste. B
Bedford Corners, NEW YORK 10549

CLASS 37: Pest control for commercial buildings; Pest control for residential homes; Termite and pest control services, other than for agriculture, aquaculture, horticulture and forestry

FIRST USE 4-30-2008; IN COMMERCE 4-30-2008

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4582084, 4624108, 4624109

SEC.2(F)

SER. NO. 98-124,482, FILED 08-09-2023

_Katherine Kelly Vidal_

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, May 21, 2024 00:41:25 EST |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Application SN 98124482 -- Docket/Reference No. BLKWID004 |

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 98124482
**Mark:** BLACK WIDOW
**International Class(es):** 037
**Owner:** Black Widow Termite & Pest Control Corp.
**Docket/Reference Number:** BLKWID004

The mark identified above has been published in the Trademark Official Gazette (TMOG) on May 21, 2024.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2024-05-21&serialNumber=98124482

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

*   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=98124482&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=98124482&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.



**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

**OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)**

**U.S. Application Serial No.** 98124482
**Mark:** BLACK WIDOW
**International Class(es):** 037
**Owner:** Black Widow Termite & Pest Control Corp.
**Docket/Reference No.** BLKWID004

**Issue Date:** May 01, 2024

**Your mark is scheduled to publish in the *Trademark Official Gazette* (TMOG) on May 21, 2024.**

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.** Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board. If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.** If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**. For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC) at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

XXXX

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, May 01, 2024 03:21:13 EST |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Application SN 98124482 -- Docket/Reference No. BLKWID004 |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No.98124482) is scheduled to publish in the *Official Gazette* on May 21, 2024.  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at <u>https://tsdr.uspto.gov/search.action?sn=98124482</u>.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at <u>TrademarkAssistanceCenter@uspto.gov</u> or by telephone at 800-786-9199.

**PLEASE NOTE:**
1.  The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2.  You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at <u>https://teas.uspto.gov/ccr/cca</u>.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at <u>https://teas.uspto.gov/office/ppa</u>.

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98124482 | FILING DATE | 08/09/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | PURATH, ANICKA S | L.O. ASSIGNED | 101 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/18/2024 |
| PUB DATE | N/A |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 04/18/2024 |
| LITERAL MARK ELEMENT | BLACK WIDOW |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | BLACK WIDOW |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Black Widow Termite & Pest Control Corp. |
|---|---|
| ADDRESS | 112 Meeting House Rd. Ste. B<br>Bedford Corners, NY 10549 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | New York |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 037 |
|---|---|
| DESCRIPTION TEXT | Pest control for commercial buildings; Pest control for residential homes; Termite and pest control services, other than for agriculture, aquaculture, horticulture and forestry |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 037 | FIRST USE DATE | 04/30/2008 | FIRST USE IN COMMERCE DATE | 04/30/2008 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| OWNER OF US REG NOS | 4582084   4624108   4624109 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 04/17/2024 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 04/10/2024 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 09/08/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 08/12/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Scott E. Charney |
|---|---|
| CORRESPONDENCE ADDRESS | SCOTT E. CHARNEY<br>CHARNEY IP LAW LLC<br>233 MOUNT AIRY ROAD<br>SUITE 100<br>BASKING RIDGE, NJ 07920 |
| DOMESTIC REPRESENTATIVE | NONE |

# BLACK WIDOW

P001203

User: Anicka Purath

| | | Statistics for Case 98124482 | | | | |
|---|---|---|---|---|---|---|
| **#** | **Search** | **Total Marks** | **Dead Marks** | **Live Viewed Docs** | **Live Viewed Images** | **Status/Search Duration** |
| **1** | SN:98124482 | 1 | 0 | 1 | 1 | |
| **2** | OW:"Black Widow Termite & Pest Control Corp." | 4 | 0 | 4 | 4 | |
| **3** | CM:/.*bl+a?[ckqx].*/ AND LD:true | 12875 | 0 | 0 | 0 | 0:00 |
| **4** | CM:/.*w[iy]?d+o.*/ AND LD:true | 648 | 0 | 0 | 0 | 0:00 |
| **5** | 3 AND 4 | 79 | 0 | 79 | 79 | |
| **6** | CM:/.*bl+a[ckqx].*/ AND LD:true | 12479 | 0 | 0 | 0 | 0:00 |
| **7** | 6 AND CC:037 | 5424 | 0 | 0 | 0 | 0:00 |
| **8** | 6 AND IC:(037 035 044 a b 200) | 2113 | 0 | 0 | 0 | 0:00 |
| **9** | 6 AND IC:(037 a b 200) | 223 | 0 | 223 | 223 | |
| **10** | 4 AND CC:037 | 274 | 0 | 274 | 274 | |

Session started 04/10/2024 7:00 am

Session ended 04/10/2024 7:10 am

Total search duration 0.00

Session duration 10 minutes 15 seconds

Adjacency Level 1

Near Level 1

# BLACK WIDOW

P001205



P001206

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98124482**
**Filing Date: 08/09/2023**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | BLACK WIDOW |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BLACK WIDOW |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Black Widow Termite & Pest Control Corp. |
| *MAILING ADDRESS | 112 Meeting House Rd. Ste. B |
| *CITY | Bedford Corners |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 10549 |
| *EMAIL ADDRESS | XXXX |
| WEBSITE ADDRESS | https://blackwidowpestcontrol.com/ |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | New York |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 037 |
| *IDENTIFICATION | Pest control for commercial buildings; Pest control for residential homes; Termite and pest control services, other than |

| | for agriculture, aquaculture, horticulture and forestry |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 04/30/2008 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/30/2008 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT<br>18\981\244\98124482\xml1 \ FTK0003.JPG |
| SPECIMEN DESCRIPTION | internet based advertisement for the services |
| WEBPAGE URL | https://blackwidowpestcontrol.com/ |
| WEBPAGE DATE OF ACCESS | 08/08/2023 |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 4582084, 4624108, and 4624109. |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| SECTION 2(f) Claim of Acquired Distinctiveness, based on Active Prior Registration(s) | The mark has become distinctive of the goods/services as evidenced by the ownership on the Principal Register for the same mark for sufficiently similar goods/services of active U.S. Registration No(s). 4624108, 4624109. |
| SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement. |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Scott E. Charney |
| ATTORNEY DOCKET NUMBER | BLKWID004 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Charney IP Law LLC |
| INTERNAL ADDRESS | Suite 100 |
| STREET | 233 Mount Airy Road |
| CITY | Basking Ridge |
| STATE | New Jersey |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 07920 |
| PHONE | 908-758-1374 |
| | |

| FAX | 908-758-1201 |
|---|---|
| **EMAIL ADDRESS** | docket@charneyiplaw.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Scott E. Charney |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | docket@charneyiplaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /scott e. charney/ |
| * SIGNATORY'S NAME | Scott E. Charney |
| * SIGNATORY'S POSITION | Attorney of record, New Jersey Bar member |
| SIGNATORY'S PHONE NUMBER | 908-758-1374 |
| * DATE SIGNED | 08/09/2023 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98124482**
**Filing Date: 08/09/2023**

## To the Commissioner for Trademarks:

**MARK:** BLACK WIDOW (Standard Characters, see mark)
The literal element of the mark consists of BLACK WIDOW. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Black Widow Termite & Pest Control Corp., a corporation of New York, having an address of
    112 Meeting House Rd. Ste. B
    Bedford Corners, New York 10549
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 037:  Pest control for commercial buildings; Pest control for residential homes; Termite and pest control services, other than for agriculture, aquaculture, horticulture and forestry

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 037, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 04/30/2008, and first used in commerce at least as early as 04/30/2008, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) internet based advertisement for the services.
Specimen File1

Webpage URL: https://blackwidowpestcontrol.com/
Webpage Date of Access: 08/08/2023

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4582084, 4624108, and 4624109.

**SECTION 2(f) Claim of Acquired Distinctiveness, based on Active Prior Registration(s)**
The mark has become distinctive of the goods/services as evidenced by the ownership on the Principal Register for the same mark for sufficiently similar goods/services of active U.S. Registration No(s). 4624108, 4624109.

**SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use**
The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement.

For informational purposes only, applicant's website address is: https://blackwidowpestcontrol.com/
The owner's/holder's proposed attorney information: Scott E. Charney. Scott E. Charney of Charney IP Law LLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    Suite 100
    233 Mount Airy Road

Basking Ridge, New Jersey 07920
United States
908-758-1374(phone)
908-758-1201(fax)
docket@charneyiplaw.com
The docket/reference number is BLKWID004.
Scott E. Charney submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Scott E. Charney
PRIMARY EMAIL FOR CORRESPONDENCE: docket@charneyiplaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /scott e. charney/   Date: 08/09/2023
Signatory's Name: Scott E. Charney
Signatory's Position: Attorney of record, New Jersey Bar member
Signatory's Phone Number: 908-758-1374
Signature method: Signed directly within the form
Payment Sale Number: 98124482
Payment Accounting Date: 08/09/2023

Serial Number: 98124482
Internet Transmission Date: Wed Aug 09 15:19:00 ET 2023
TEAS Stamp: USPTO/FTK-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXXX:XXXX-20230809151903290938-98124482-
86089686d485ea8b122574325ad0611266679f81
1596e09de0296241d84443e-CC-19006955-2023
0809150540148781

# BLACK WIDOW

P001213

