# Exhibit Q

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Black Widow Termite & Pest Control Corp.,<br><br>Plaintiff,<br><br>vs.<br><br>Black Widow Pest Specialist LLC,<br><br>Defendant. | Civil Action No.:3:23-cv-01246 |

### AFFIDAVIT OF JONATHAN WINTER

I, the undersigned, Jonathan Winter, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am familiar with the facts attested to herein, which are true and accurate to the best of my knowledge, information and belief, and I am competent to swear to this affidavit.

3. I am, and at all relevant times was counsel for Plaintiff, Black Widow Termite & Pest Control Corp. I submit this declaration in support of Plaintiff's Local Civil Rule 56.1 Statement of Undisputed Material Facts.

4. I am personally familiar with the facts set forth herein based on my review of the docket, the discovery record in this action, and my participation in the litigation of this matter.

5. Defendant, Black Widow Pest Specialist LLC, has not issued any subpoenas to third parties in this case, nor has Defendant taken any depositions of any party or non-party witness.

6. Defendant has not produced any documents purporting to originate from the following entities nor has Defendant identified any witness with actual knowledge of the following entities in any interrogatory response or initial disclosures or other discovery mechanism:

    a. "Black Widow Pest Control, Inc." in Utah;

    b. "Black Widow Pest Control Inc." in Indiana; or

    c. "Black Widow Exterminators, Inc." in Colorado.

7. Defendant has not submitted any declarations, deposition testimony, or other competent evidence from "Black Widow Pest Control, Inc." in Utah, "Black Widow Pest Control Inc." in Indiana and "Black Widow Exterminators, Inc." in Colorado.

8. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Jonathan Winter
6/18/25