# Exhibit R

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BLACK WIDOW TERMITE & PEST CONTROL CORP., | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 3:23-cv-01246 |
| v. | ) ) ) | |
| BLACK WIDOW PEST SPECIALIST LLC, | ) ) ) | |
| Defendant. | ) ) | DECEMBER 18, 2023 |

**DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Defendant Black Widow Pest Specialists LLC ("Defendant"), by and through undersigned counsel, hereby makes the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

These disclosures are based upon Defendant's present knowledge and to the best of Defendant's present abilities. These disclosures are made without any statement, admission, or implication of relevance, discoverability, or admissibility. These disclosures are made without and do not constitute any waiver of attorney-client privilege or work product immunity.

Defendant's investigation and discovery concerning this case is continuing and, if additional information is obtained after the date of these disclosures and deemed pertinent, Defendant will supplement these disclosures, as appropriate, in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

**I.      Individuals Likely to Have Discoverable Information**

The names and, if known and available for communication, preferred contact addresses and phone numbers of individuals likely to have discoverable information that Defendant may use to support its claims and/or defenses, and the subjects of their information, are set forth below.

All communication with Defendant owners and/or employees must be directed to and made through their counsel, Armory Legal Group PLLC.

1. Blake Black.
    a. Address:
        i. 108 Curtiss St., Naugatuck, CT 06770.
    b. Subject Matter:
        i. Information concerning the allegations of the complaint, affirmative defenses, counterclaims (collectively, the "Claims and Defenses"), including, but not limited to, Defendant's historic and current operations, sales, sales calls, sales leads, branding, marketing, communications with customers, communications with industry experts, contacts with potential customers.

2. Merina Sabatucci.
    a. Address:
        i. 108 Curtiss St., Naugatuck, CT 06770.
    b. Subject Matter:
        i. Information concerning Defendant's sales, sales calls, communications with customers, contacts with potential customers.

Defendant reserves the right to identify additional individuals likely to have discoverable information or to remove identified individuals after disclosure as information is discovered and the matter progresses, as deemed relevant and appropriate.

## II. Description by Category and Location of Relevant Documents, ESI and Tangible Things

The documents, ESI, and tangible things (collectively, "Discoverable Information) which are in Defendant's possession or control and which are believed to be relevant to Defendant's defenses and counterclaims consist of:

1. Client invoices and sales information;
2. Call logs;
3. Electronic records of written communications;
4. Advertising and marketing collateral materials;
5. Stationary and mail materials; and
6. Referral information.

The Discoverable Information will be produced and made available for inspection at Defendant's location, with arrangements being made available for copying, or at other mutually agreed upon location(s), pursuant to agreement of counsel of the parties and per procedures set forth and agreed upon by the parties. Information may be made available to plaintiff in response to discovery requests. Some documents, and production of said documents, may be contingent upon and subject to entry of a Protective Order and may otherwise be deemed privileged or for attorney and judicial review only.

Additional Discoverable Information may be identified during the course of discovery and will be made available pursuant to discovery requests. Defendant reserves the right to disclose additional relevant information as it is discovered.

### III. Computation of Damages

Defendant has not yet prepared a computation of damages. Generally, in addition to the declaratory relief sought in the counterclaims, Defendant intends to seek actual damages including its lost profits, unjust enrichment of Plaintiff, corrective advertising costs, and goodwill loss. Defendant also seeks punitive damages and attorney's fees including, but not limited to, Plaintiff's common-law trademark infringement, tortious interference with Defendant's business, and violation of the Connecticut Unfair Trade Practices Act.

Calculations of Defendant's damages will be dependent on information obtained during discovery and on expert analysis and reports. Pursuant to the 26(f) Report, Defendant's damages analysis will not be due until June 31, 2024.

### IV. Insurance Agreements

Defendant is not aware of any relevant insurance policy at this time, though Defendant intends to explore additional information as to relevance and potential liability coverage of existing business insurance policies. Defendant will produce any relevant agreements upon discovery and assessment of pertinence to disclosure guidelines.

Defendant reaffirms requirement to contact individuals deemed likely to have relevant information through counsel. Defendant further reaffirms and reserves Defendant's right to supplement these disclosures, as appropriate, in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

4

|  |  |
|---|---|
| Dated: December 18, 2023 | Respectfully submitted,<br>DEFENDANT<br>BLACK WIDOW PEST SPECIALIST LLC |
| | By:   /s/ Hubert W. Pfabe<br>Hubert W. Pfabe, Esq. (ct30592)<br>ARMORY LEGAL GROUP PLLC<br>2025 Main St., #93<br>Cavendish, VT 05142<br>Tel: (860) 698-0070<br>hpfabe@armorylegalgroup.com<br>*Attorney for Defendant,*<br>*Black Widow Pest Specialist LLC* |

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2023, a copy of the foregoing **DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** was served electronically on the following:

Jonathan A. Winter, Esq.

St. Onge Steward Johnstone & Reens LLC

986 Bedford Street

Stamford, CT 06905-5619

jwinter@ssjr.com

                                                     /s/ Hubert W. Pfabe
                                                     Hubert W. Pfabe, Esq.
                                                     Armory Legal Group PLLC