# Exhibit T

# Helpful Hints for our Customers...

The following general preventative maintenance and non-chemical guidelines will reduce your pest infestations.

- Keep garbage areas clean and dry with garbage cans and covers in good condition
- Properly slope and drain the outside grounds
- Position outside lighting carefully to attract night flying insects away from doors and windows
- Rodent proof all doors, walls, windows and roofs
- Screen all windows that can be opened
- Eliminate all exterior cracks and crevices
- Keep all areas free of loose materials such as cardboard, rags, waste & equipment
- Keep a clean structure and pay particular attention to out of the way places
- Clean both the interior and exterior of all equipment
- Eliminate leaks & moisture

These tips will make a difference!



# Black Widow
## Termite & Pest Control

**(718) 642-4165**
Fax: (718) 627-2663
Rita Bonanno
Owner

Serving all boroughs of New York, Nassau County, and New Jersey

24 Hours a Day
7 Days a Week

Residential, Commercial, Industrial, and Institutional

Black Widow
Termite & Pest Control
50 Vandelia Avenue
Suite 3E
Brooklyn, NY 11239
(718) 642-4165

09/18/2003 12:21 LAZAROWITZ & MANGANILL 9003243150465 NO.974 D003

# Our Philosophy

Black Widow Termite and Pest Control we pride ourselves in fast, prompt professional services supporting ensuring that our customers are 100% satisfied.

Pay careful attention to the task in applying pesticides because care about your environment, and property.

When you do business with Black Widow Termite and Pest Control, you can rely on trained professionals who maintain the most current control methods.

*"Black Widow" - she always gets her prey!*

# What we do . . .

The Black Widow Pest Control program starts with the accurate identification of the pest. We apply the most effective and efficient control measures to eliminate the problem in the future. We then select the correct registered pesticide appropriate to the identified pest.

### Chemical Control
- Rodent & Insect Bait Stations
- Space Treatment
- Crack & Crevice Treatment
- Spot Treatment
- Periodic General Treatment

### Non-Chemical Control
- Various types of rodent, insect & bird traps and removal
- Rodent Proofing for mice, rats, and squirrels
- Specialized Bird Treatment - screening of harboraging places on roofs & ledges
- Ultra high frequency units
- Revolving Bird Lights

# The Black Widow Difference . . .

* Free Consultations on Integrated Pest Management
* Free Estimates
* Quality Assurance - All work Guaranteed
* Licensed & Insured
* Monthly & Weekly Service Plans
* No job too small
* Discrete Unmarked Vehicles
* Termite Inspections, Refinance Certificates
* Same Day Fax Reports

## Call Us Today! - (718) 642-4165



# NUISANCE WILDLIFE CONTROL OPERATOR (NWCO) LICENSE



Under authority of CGS Sect. 26-47 the person named below is licensed to provide nuisance wildlife control in accordance with 26-47-1(a-f) of the Regulations of Connecticut Agencies and all policies and procedures pursuant thereof.

License Type: **Commercial**　　　　　NWCO License#: **N1852**

**PAUL GEIGER,  BLACK WIDOW TERMITE & PEST CONTROL CORP.**
**112 MEETING HOUSE ROAD**
**BEDFORD CORNERS, NY, 10549**
**(646) 831-8601**

| DOB: | EYES: | SEX: | HAIR: | HEIGHT: | WEIGHT: |
|---|---|---|---|---|---|
| 05/16/1964 | BROWN | M | BROWN | 6' | 195 |

DATE ISSUED: **10/28/2024**　　　　　EXPIRATION DATE: **12/31/2025**

_Operator Signature_　　　　　_Jenny Dickson, Director_ (signed)

## THIS LICENSE IS ISSUED UNDER THE FOLLOWING CONDITIONS AND AUTHORIZATIONS:

1. Relocation of raccoons, skunks and foxes (Rabies Vector Species – RVS) is prohibited.

2. Authorized to take the following Special Permit species:

| Flying Squirrels*: | Canada Geese (nests/eggs**): | Beaver ***: |
|---|---|---|
| **Yes** | **Yes** | **No** |

\* May take Southern Flying squirrels using cage traps and rat-sized snap traps set in or on buildings.

\*\* May take Canada goose nests/eggs only if landowner has a USFWS (Federal) nest/egg registration number and NWCO is listed on registration.  Canada goose eggs/nests may be controlled by addling (pin holing), shaking, replacement with dummy egg or removal of nest/eggs.  Visit https://epermits.fws.gov/eRCGR to register.

\*\*\* May trap beaver during the regulated trapping season (December 1 – March 31) using smooth wire and cage traps. No beaver may be relocated. A special permit report of all beaver taken during the above period is required by April 15th.

3. Submit an annual report of Activities by December 31st to: **DEEP.Wildlife@ct.gov** or mail to: **DEEP, Wildlife Division, 79 Elm Street, Hartford, CT 06106**.  Questions can be directed to: DEEP.Wildlife@ct.gov or 860-424-3011.

**STATE OF NEW JERSEY**
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
Licensing and Pesticide Operations
PO Box 420, Mail Code 401-04E
Trenton, NJ 08625-0420

You must notify the Bureau of Licensing and Pesticide Operations within 30 days of any changes to information contained on this license. Please send any changes to the address shown above.
For further information, please visit our website at www.pcpnj.org

BLACK WIDOW TERMITE & PEST CONTROL CORP
ATTN: RITA G GEIGER
112 MEETING HOUSE RD STE B
BEDFORD CORNERS NY 10549-4241

Document #:   181945250

---

**DEPARTMENT OF ENVIRONMENTAL PROTECTION — STATE OF NEW JERSEY**

Hereby Certifies the Goodstanding of:
BLACK WIDOW TERMITE & PEST CONTROL CORP
112 MEETING HOUSE RD - STE B
BEDFORD CORNERS    NY    10549
RITA G GEIGER

as a licensed:
PESTICIDE APPLICATOR BUSINESS

Issued: 10/16/2018    License#: 98448A
Expires: 10/31/2019    Document#: 181945250

– Sign back of license where indicated.
Retain at place of business

---

DU816   VALUE 019

**STATE OF NEW JERSEY**
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
Licensing and Pesticide Operations
PO Box 420, Mail Code 401-04E
Trenton, NJ 08625-0420

You must notify the Bureau of Licensing and Pesticide Operations within 30 days of any changes to information contained on this license. Please send any changes to the address shown above.
For further information, please visit our website at www.pcpnj.org

PAUL E GEIGER

112 MEETING HOUSE RD
BEDFORD CORNERS NY 10549-4241

P000826

---

**DEPARTMENT OF ENVIRONMENTAL PROTECTION — STATE OF NEW JERSEY**

Hereby Certifies the Goodstanding of:
PAUL E GEIGER
112 MEETING HOUSE RD
BEDFORD CORNERS    NY    10549

as a licensed:
COMMERCIAL PESTICIDE APPLICATOR

License #: 51834B    CERTIFICATION AREAS
Reciprocal: NY     7A ,7B ,7C ,8B ,CORE
Issued: 09/20/2017
Expires: 10/31/2018
Document#: 171558000    NJPRD



**THE PORT AUTHORITY** OF NY & NJ

September 25, 2014

Ms. Rita Bonamo
President
Black Widow Termite & Pest Control Corp.
18 Dolores Drive
Valley Stream, NY 11581

**Re:**       Small Business Enterprise (SBE) Certification
**Category:**  Commodity

Dear Ms. Bonamo:

We are pleased to inform you that The Port Authority of NY & NJ has re-evaluated your business and determined that it continues to be eligible to participate in the agency's Small Business Enterprise (SBE) Program in the procurement category for commodity. Black Widow Termite & Pest Control Corp. remains in the Port Authority's on-line directory of certified SBEs.

Please be advised that we periodically review all certifications and reserve the right to decertify any firm that no longer meets our guidelines. You must notify the Office of Business Diversity and Civil Rights in writing within 30 days of any significant changes to your business. These include, but are not limited to, a change of officers, directors, location and business name. Failure to advise us of these changes can result in decertification of your business.

This certification will remain in effect for three years or until September 25, 2017 after which you must submit a new SBE certification application with supporting documentation. The application can be accessed from our Web site: www.panynj.gov/supplierdiversity

If you have any questions regarding your certification, you may email the Office of Business Diversity and Civil Rights at certhelp@panynj.gov or contact me at (212) 435 78-26.

Sincerely,

Jayson Ortiz
Certification Analyst
Office of Business Diversity and Civil Rights

Enclosure: Certificate

233 Park Avenue South
4th Floor
New York, NY 10003
T: 212 435 7000

P000828

**THE PORT AUTHORITY** OF NY & NJ

John Degnan
Chairman

Patrick J. Foye
Executive Director

## Black Widow Termite & Pest Control Corp.

This certificate acknowledges that the above-named firm is certified as a Small Business Enterprise.

Procurement Category:  Commodity

Lash Green, Director
Office of Business Diversity and Civil Rights

Certification Date:         September 25, 2014
Re-Evaluation Date:    September 25, 2017

P000829

**State of New Jersey**
DEPARTMENT OF THE TREASURY
DIVISION OF TAXATION
PO BOX 269
TRENTON, NJ 08695-0269

09/21/2022

BLACK WIDOW TERMITE & PEST CONTROL
PAUL GEIGER
112 MEETING HOUSE RD STE B
BEDFORD CORNERS NY 10549-4241

Dear Business Owner,

## Welcome and Thank You for Registering Your Business with New Jersey

You are receiving this letter because you indicated on your registration that you will be collecting sales tax and/or paying use tax. This letter provides you with information on how to file and pay your sales and use tax and where to find more information on sales and use tax in New Jersey.

## Account Information

| Tax ID | PIN | Filing Frequency | Beginning Date | First Return Due |
|---|---|---|---|---|
| [redacted] | 3193 | Quarterly | 09/12/2022 | 10/20/2022 |

## How do I file my sales and use tax returns and make payments?

We require all sales and use tax returns and payments to be filed electronically.

**Note:** You will need your Tax ID and PIN shown above to file and make payments electronically.

- **To file and pay online,** visit our Online Filing and Payments Services at: www.state.nj.us/treasury/taxation/onlinebus.shtml

- **To file and pay by phone,** use the worksheet and instructions available at: http://www.state.nj.us/treasury/taxation/prntsale.shtml. Do not mail the worksheet to our office. Keep it for your records.

- For more information about electronic payment methods, visit: http://www.state.nj.us/treasury/taxation/eftpayoptions.shtml

## When do I file my sales and use tax returns and make payments?

- **Quarterly return (Form ST-50)** – As a registered business, you are required to file a quarterly return, Form ST-50, even if there were no sales made for a particular quarter and there is no tax due. If tax was collected, you are required to make a payment with the return.

  - **Due Date** – 20th day of the month following the filing period