# Exhibit T1

FILED UNDER SEAL