# Exhibit U



Email: HPfabe@Armory.Law         www.Armory.Law                    Telephone: 860.698.0070
                        A DBA of the Armory Legal Group PLLC

August 17, 2023                                                                 VIA E-MAIL

Re:     **<u>ALLEGATIONS</u>** of **TRADEMARK INFRINGEMENT** of "**BLACK WIDOW**"

Scott E. Charney, Esq.
233 Mount Airy Road – Suite 100
Basking Ridge, New Jersey 07920
Scott@CharneyIPlaw.com

Representing:
Black Widow Termite & Pest Control Corp.

Attorney Charney,

   I represent Black Widow Pest Specialists LLC, as well as Mr. Blake Black individually, (hereafter, separately and collectively, "My Client") with respect to intellectual property and related legal matters.

   It was brought to my attention that you sent a Cease & Desist demand to My Client (dated August 10, 2023, and titled "Trademark Infringement of **BLACK WIDOW**"; hereafter the "Letter"). This Letter cites three alleged registered trademarks held by Black Widow Termite & Pest Control Corp. (hereafter "Your Client") and one pending trademark application.

   In the Letter you state that, "(you) must advise that (My Client's) use of "Black Widow" in relation to pest control services represents an infringement of Black Widow's rights in the BLACK WIDOW marks under both common law and the Federal Lanham Act, 15 U.S.C. § 1051 et seq."

   I have reviewed the listed trademarks and pending trademark application and have formed a good faith belief that there is no trademark infringement by My Client at all. Further, I have a good faith belief that these allegations are intended to intimidate My Client through misrepresentation of the rights held by Your Client and are not legally substantiated, verging on being excessive and overreaching.

   Regarding the cited marks and application in particular:

- Trademark #4,582,084:
  1) This mark has been moved to the supplemental register, likely due to a call from the examining attorney to Your Client's representation at the time prior to issuing an office action, and further likely due to being found to be merely descriptive.
  2) As you are likely aware, this mark has never been published for opposition.

Page 1 of 3



PLAINTIFF'S EXHIBIT
PX – 14
9-24-24



Email: HPfabe@Armory.Law        www.Armory.Law        Telephone: 860.698.0070
A DBA of the Armory Legal Group PLLC

3) Further, as you are also likely aware, a mark on the supplemental register is not inherently enforceable, and you would need to plead and prove such underlying facts to support any allegations of enforceability even prior to pleading allegations of infringement.

- Trademark #4,624,108:
  1) This is a stylized mark, specifically consisting of "the stylized image of a black widow spider to the left of the wording "BLACK WIDOW".
  2) This mark has an explicit disclaimer, wherein "(n)o claim is made to the exclusive right to use "BLACK WIDOW" apart from the mark as shown."
  3) You appear to be now attempting to enforce a portion of a mark which has been explicitly disclaimed.

- Trademark #4,624,109:
  1) This is a stylized mark, specifically consisting of "an image of a black widow spider and the word mark "Black Widow Termite & Pest Control Corp. - "She always gets her prey!"".
  2) This mark has an explicit disclaimer, wherein "(n)o claim is made to the exclusive right to use "BLACK WIDOW TERMITE & PEST CONTROL CORP." apart from the mark as shown."
  3) You appear to again be attempting to enforce a portion of a mark which has been explicitly disclaimed.

- Trademark Application #98/124,482:
  1) This application has not been assigned to an examiner yet.
  2) This application does appear VERY likely to receive a rejection, based upon being merely descriptive.
  3) A pending trademark application does not inherently present the legal basis for allegations of infringement.

As detailed above, you appear to be making allegations of infringement 1) based on a mark which is currently on the supplemental register and thus not currently enforceable in this context, 2) based upon two marks wherein the elements that you allege to be infringed have been explicitly disclaimed and thus cannot form the basis of allegations of infringement, and 3) a pending application with no standing.

We have a good faith belief that these allegations are, at best, without merit, at Federal or Common Law, and, at worst, may be considered to be made in bad faith.

We note that the pending application (#98/124,482) was filed on August 9, 2023, the day before the Letter was sent to My Client. As you have sent this letter to My Client and one other business which is not affiliated with My Client (blackwidowpestmanagement@gmail.com; blackwidowpestspecialists@gmail.com), and in light of the filing date, we believe this may be an attempt



Email: HPfabe@Armory.Law        www.Armory.Law        Telephone: 860.698.0070
A DBA of the Armory Legal Group PLLC

to clear out businesses, such as that of My Client, which predate this filing and would have grounds to file an opposition or invalidate statements associated with the application.

We do have some concerns as to the verified statement filed with the pending application, stating that "To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive". We believe that My Client has full rights to use "Black Widow" in commerce in connection the listed services.

For at least the above reasons, **My Client WILL NOT Cease or Desist using "Black Widow" in conjunction with My Client's current or future businesses or its/their promotion, including, but not limited to, pest control services**.

My Client will not be pursuing recompense for his legal fees in responding to these spurious allegations at this time, but reserves the right to do so at a later date. Should threats of litigation continue, My Client will revisit all potential responses, claims, and counterclaims as deemed appropriate.

This letter is not intended to be a full statement of the facts in this matter, nor is it a waiver of any of My Client's rights or remedies, whether at law or equity, or those of any respective parties, all of which are expressly reserved.

Sincerely,

Hubert W. Pfabé, Esq.

Founder & Principal

Armory Legal Group DBA Armory Law
PMB #190
542 Hopmeadow St.
Simsbury, CT 06070

hpfabe@Armory.Law