# Exhibit V

# More people are living in CT and working in NYC and Boston. Here's where.

Commuter rail and remote work drive increase in Connecticut residents working out of state



Stamford resident Kathryn Carbonell waits at Stamford Transportation Center for a train to Grand Central Terminal on March 20. H John Voorhees III/Hearst Connecticut Media

By **Paul Schott** and **Hanna Zakharenko** | Updated April 1, 2025 12:31 p.m.

A few months ago, Stamford resident Kathryn Carbonell took a job that more than doubled her commuting distance. But she doesn't mind traveling to New York City, after previously working in Greenwich.

Carbonell's acceptance of her new commute to midtown Manhattan, where she works at a private credit firm, is due in large part to her mode of transportation. While it takes about one hour by train to go from Stamford to Grand Central Terminal, she likes that she can use the ride for "me time" pursuits, such as reading.

"It's going well, I'm getting used to it," Carbonell said around 7:45 a.m. on a recent Thursday, as she waited on the platform at the downtown Stamford station for a train to Grand Central.

ADVERTISEMENT

Carbonell is one of the tens of thousands of Connecticut residents who commute to jobs out of state, a group that has grown in recent years, according to new data from the U.S. Census Bureau. The extensive commuter-rail network in southwestern Connecticut — whose ridership has been rebounding since the COVID-19 pandemic — has contributed to this trend. At the same time, the rise of remote working since the pandemic has made jobs based in locations such as New York City a realistic option for professionals in a number of parts of Connecticut.

"Since 2020, the dynamics have completely changed as they relate to people's proximity to their employers," said David Lewis, national managing director of the HR & Organizational Effectiveness Consulting Practice at Gallagher, an insurance brokerage, risk management and consulting firm. "Even Connecticut residents in the middle of the state no longer have to eliminate, as they would have in the past, opportunities in New York City as being too far away. They might not have to go there at all or if they do have to go there, it's infrequent enough that they can tolerate it."

### CT residents working in NYC and Boston

Select a ZIP code below, use the search bar or toggle between layers to see more information



Percentage point change from 2012:

-10 pp. or -8 pp. -6 pp. -4 pp. -2 pp. 0 +1 pp +2 pp +3 pp +4 pp +5 pp. or less                                                                        more




6/16/25, 12:53 PM                                            More people are living in CT and working in NYC and Boston. Here's what

Case 3:23-cv-01246-RNC    Document 123-25    Filed 06/18/25    Page 4 of 8

▼
© OpenMapTiles © OpenStreetMap contributors

Map: Hanna Zakharenko, Janie Haseman • Source: Census Bureau

About 105,000 Connecticut residents had jobs that were based in New York state in 2022, according to the Census data. Those commuters comprised 6.31% of Connecticut's resident workforce, up from 4.96% in 2012.

Unsurprisingly, New York City was the top out-of-state city for Connecticut workers, with about 54,000 state residents commuting to the Five Boroughs — Manhattan, Brooklyn, Queens, the Bronx, and Staten Island — in 2022.

Stamford accounted for the most commuters to New York City, with about 8,100 city residents making that commute in 2022. Stamford is the closest Connecticut city to New York City and its population of about 135,000, as of the 2020 Census, makes it the second-most-populous city in Connecticut.

ADVERTISEMENT

Residents of Stamford and other cities and towns in Fairfield County comprised about 40,000 commuters, or nearly 75%, of the Connecticut contingent that commuted to New York City in 2022.

After Stamford, Norwalk produced the most commuters to the Five Boroughs, with about 6,100. Greenwich was third with around 4,700 commuters, followed by about 3,000 from Bridgeport and around 2,300 from Waterbury.

Among the 10 cities and towns in the state with the most commuters to New York City, Waterbury was the only one located outside Fairfield County.

Where CT residents live who work in NYC or Boston

| Town | # employed in NYC, 2022 ▼ | Change, NYC | # employed in Boston, 2022 | Change, Boston |
|---|---|---|---|---|
| Stamford | 8,091 | +1.4 pp. | 81 | +0 pp. |
| Norwalk | 6,070 | +0.9 pp. | 88 | −0 pp. |
| Greenwich | 4,680 | +1.2 pp. | 36 | +0.1 pp. |
| Bridgeport | 3,014 | +0.8 pp. | 68 | +0 pp. |
| Waterbury | 2,339 | +0.9 pp. | 71 | +0 pp. |
| Westport | 2,077 | +1.4 pp. | NA | NA |
| Fairfield | 1,897 | +0.2 pp. | 58 | −0.1 pp. |
| Stratford | 1,783 | +1.2 pp. | 47 | +0 pp. |
| Danbury | 1,651 | +1.7 pp. | 67 | +0.1 pp. |
| Darien | 1,603 | +0.6 pp. | 21 | +0.1 pp. |
| New Canaan | 1,559 | +0.5 pp. | 25 | −0.1 pp. |
| Wilton | 1,440 | +1.6 pp. | 17 | +0.1 pp. |
| Shelton | 1,289 | +0.9 pp. | NA | NA |
| Trumbull | 1,226 | +1.3 pp. | NA | NA |
| New Haven | 1,044 | +0.3 pp. | 109 | +0 pp. |

Page 1 of 8

Waterbury is closer to Hartford than New York City, but it is boosted by its public-transit connections. Brass City residents can take the train to Grand Central because their city's station is the northern terminus of a branch of the New Haven line of Metro-North Railroad. During peak hours, the journey usually takes between about 155 minutes to 170 minutes.

Last year, more than 269,000 passenger trips were made on the Waterbury branch, an increase of about 10% from 2019, according to data from the state Department of Transportation. The uptick reflects a state-funded expansion of branch service in 2022, from 99 trains to 134 trains per week.

In another boost for the Waterbury branch, renovations of its six stations are set to be made between this summer and at the end of 2027, according to DOT officials.

"With the Waterbury branch, I think we'll continue to see ridership increase," said Derby resident Jim Gildea, chairman of the Connecticut Public Transportation Council. "Where there are service options and where we invest in the lines, the investment pays off."

On the main section of the New Haven line, there were about 30.4 million passenger rides last year, according to DOT data. The total was down about 20% from 2019. But since ridership cratered at about 11.4 million rides in 2020, passenger numbers on the main part of the New Haven line have improved in each of the following four years, including an 11% increase between 2023 and 2024.

### Where CT residents work, out-of-state

| | Place | People, 2022 | People, 2012 | Percent change |
|---|---|---|---|---|
| 1 | New York city, NY | 58,442 | 42,644 | 37% |
| 2 | Springfield city, MA | 6,236 | 5,218 | 19.5% |
| 3 | Boston city, MA | 4,966 | 3,106 | 59.9% |
| 4 | White Plains city, NY | 2,765 | 2,719 | 1.7% |
| 5 | Harrison village, NY | 2,657 | 2,375 | 11.9% |
| 6 | Worcester city, MA | 2,330 | 1,696 | 37.4% |
| 7 | Providence city, RI | 1,638 | 1,484 | 10.4% |
| 8 | Westerly CDP, RI | 1,638 | 1,163 | 40.8% |
| 9 | Yonkers city, NY | 1,325 | 1,010 | 31.2% |
| 10 | Chicopee city, MA | 1,137 | 635 | 79.1% |

In addition to the New York commuters, about 42,400 Connecticut residents commuted to Massachusetts in 2022, according to the Census data. Those commuters accounted for 2.55% of Connecticut's resident workforce in 2022, compared with 1.77% in 2012.

Since it is the most-populous city in New England, Boston was inevitably the top destination for those commuters, with about 2,800 Connecticut residents working in Massachusetts' capital city in 2022. The Hartford area accounted for the most commuters to Boston, with about 150 of its residents going to work there.

Meanwhile, about 11,400 Connecticut residents commuted to Rhode Island in 2022. They comprised 0.69% of Connecticut's resident workforce in 2022, compared with 0.48% in 2012.

---

**ADVERTISEMENT**

---

The new Census data reflects collaborations between the Census Bureau and state agencies that combine surveys on businesses, jobs and workers with existing Census data, covering around 95% of U.S. employment. The recently released data links where people live with where they work, allowing for an exploration of how Connecticut residents' work changed between 2012 and 2022.

The Census data does not specify how much Connecticut's out-of-state commuters work from home. But since the data's timeframe overlaps with the COVID-19 pandemic, it likely reflects the increase in remote work during the pandemic.

### Distance from home to employer for Connecticut residents between 2012-2022



Chart: Hanna Zakharenko / Hearst Newspapers DevHub • Source: Census Bureau

Today, many white-collar workers still expect to have opportunities to work remotely. Nationwide, 29% of employees who work in a hybrid system and 64% of employees who are fully remote said that they would be extremely likely to look for other jobs if their employers did not allow them to work remotely at least some of the time in the long term, according to Gallup survey data from the second quarter of 2024.

For professionals with remote-work options, they are not only considering the distance of their commute, but also thinking about their arrangements for working at home.

"If you're going to work from home, you better have the right setup," Lewis said. "An $800,000 house in Fairfield County that someone can afford is going to be small. It's not going to afford them very much in the way of space for a home office, let alone potentially for two, if they're a double-income home. But if you're living up in the middle of the state, that $800,000 gives you a house with a full basement, loft, attic or other spaces that provide the appropriate level of space for a remote-work setup. That's a big factor in why people are taking some of those options of living farther away."

In the past couple of years, however, many companies have scaled back remote work by instituting office-attendance requirements. But Lewis said employers will struggle to retain and recruit employees if they try to revert to pre-pandemic workplace policies.

"This is not a passing fad. This benefit of working from home is on par with, if not maybe slightly above, how much you make, how good your benefits are, how much vacation you get. Companies really need to understand how valued it is," Lewis said. "When people are told that they don't have that flexibility, they are going to look for opportunities where they will have that flexibility."

 Your one-stop shop for all things real estate in Connecticut.

Enter your email address here.    SIGN UP

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service. By subscribing, you agree to our Terms of Use and acknowledge that your information will be used as described in our Privacy Notice.

## Read More



CT used to lead the region in remote work. Then Mass. and New Jersey outpaced it in work-from-home growth



Here's what the office-attendance policies are at some of Connecticut's largest companies



Who's in your CT town? Map shows how race, population and income changed over 5 years.

## Credits

Data & graphics by Hanna Zakharenko / Hearst Newspapers DevHub. Editing by Danielle Rindler, Kym Soper / Hearst Newspapers DevHub. Design and development by Janie Haseman / Hearst Newspapers DevHub and Emma Stiefel / San Francisco Chronicle.

Originally published on April 1, 2025

CONNECTICUT REAL ESTATE        Sign In or Subscribe

