# Exhibit W



# NUISANCE WILDLIFE CONTROL OPERATOR (NWCO) LICENSE



Under authority of CGS Sect. 26-47 the person named below is licensed to provide nuisance wildlife control in accordance with 26-47-1(a-f) of the Regulations of Connecticut Agencies and all policies and procedures pursuant thereof.

License Type: **Commercial**            NWCO License#: **N1852**

**PAUL GEIGER,  BLACK WIDOW TERMITE & PEST CONTROL CORP.**

**112 MEETING HOUSE ROAD**

**BEDFORD CORNERS, NY, 10549**

**(646) 831-8601**

| DOB: | EYES: | SEX: | HAIR: | HEIGHT: | WEIGHT: |
|------|-------|------|-------|---------|---------|
| **05/16/1964** | **BROWN** | **M** | **BROWN** | **6'** | **195** |

DATE ISSUED: **10/28/2024**            EXPIRATION DATE: **12/31/2025**

| | |
|---|---|
| Operator Signature | *Jenny Dickson*  Jenny Dickson, Director |

## THIS LICENSE IS ISSUED UNDER THE FOLLOWING CONDITIONS AND AUTHORIZATIONS:

1. Relocation of raccoons, skunks and foxes (Rabies Vector Species – RVS) is prohibited.

2. Authorized to take the following Special Permit species:

| Flying Squirrels*: | Canada Geese (nests/eggs**): | Beaver ***: |
|--------------------|------------------------------|-------------|
| **Yes** | **Yes** | **No** |

\* May take Southern Flying squirrels using cage traps and rat-sized snap traps set in or on buildings.

\*\* May take Canada goose nests/eggs only if landowner has a USFWS (Federal) nest/egg registration number and NWCO is listed on registration.  Canada goose eggs/nests may be controlled by addling (pin holing), shaking, replacement with dummy egg or removal of nest/eggs.  Visit https://epermits.fws.gov/eRCGR to register.

\*\*\* May trap beaver during the regulated trapping season (December 1 – March 31) using smooth wire and cage traps. No beaver may be relocated. A special permit report of all beaver taken during the above period is required by April 15th.

3. Submit an annual report of Activities by December 31st to:  **DEEP.Wildlife@ct.gov** or mail to: **DEEP, Wildlife Division, 79 Elm Street, Hartford, CT 06106.**  Questions can be directed to: DEEP.Wildlife@ct.gov or 860-424-3011.